# Exhibit B

Query   Reports   Utilities   Help   Log Out

CLOSED,ECF,MEDTFR8,MEMBER,RELATED

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:25-cv-00449-LJL

Wayfarer Studios LLC et al v. Lively et al
Assigned to: Judge Lewis J. Liman
Demand: $9,999,000
Lead case: 1:24-cv-10049-LJL
Member case: (View Member Case)
Related Case: 1:24-cv-10049-LJL
Cause: 28:1332lb Diversity-Libel, Assault, Slander

Date Filed: 01/16/2025
Date Terminated: 01/30/2025
Jury Demand: Plaintiff
Nature of Suit: 320 Assault Libel & Slander
Jurisdiction: Diversity

**Plaintiff**

**Wayfarer Studios LLC**
*a Delaware Limited Liability Company*

represented by **Amit Shertzer**
Meister Seelig & Fein PLLC
125 Park Avenue, 7th Floor
New York, NY 10017
212-655-3500
Fax: 212-655-3535
Email: as@msf-law.com
*ATTORNEY TO BE NOTICED*

**Kevin A. Fritz**
Meister Seelig & Fein LLP
125 Park Avenue, 7th fl.
New York, NY 10017
(212) 655-3500
Fax: (212) 655-3536
Email: kaf@msf-law.com
*ATTORNEY TO BE NOTICED*

**Mitchell Schuster**
Meister Seelig & Fein PLLC
125 Park Ave.

7th Floor
New York, NY 10017
212-655-3549
Email: ms@msf-law.com
*ATTORNEY TO BE NOTICED*

**Jason Sunshine**
Liner Freedman Taitelman & Cooley LLP
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
310-201-0005
Fax: 310-201-0045
Email: jsunshine@lftcllp.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Justin Baldoni**　　represented by　**Amit Shertzer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin A. Fritz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mitchell Schuster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason Sunshine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Jamey Heath**　　represented by　**Amit Shertzer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin A. Fritz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**It Ends With Us Movie LLC**
*a California Limited Liability Company*

represented by **Amit Shertzer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin A. Fritz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mitchell Schuster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason Sunshine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melissa Nathan**

represented by **Amit Shertzer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin A. Fritz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mitchell Schuster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason Sunshine**

**Plaintiff**

**Jennifer Abel**            (See above for address)
*ATTORNEY TO BE NOTICED*

represented by **Amit Shertzer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin A. Fritz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mitchell Schuster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason Sunshine**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Movant**

**Marvel Entertainment, LLC**    represented by **Adam Levin**
Mitchell Silberberg & Knupp LLP
2049 Century Park East
18th Floor
Los Angeles, CA 90067
310-312-3116
Email: axl@msk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jacob Douglas Albertson**
Mitchell, Silberberg & Knupp LLP
437 Madison Avenue
New York, NY 10022
917-546-7714
Email: j1a@msk.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Blake Lively**  represented by  **Esra A. Hudson**
Manatt, Phelps & Phillips
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
310-312-4381
Email: ehudson@manatt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Gottlieb**
Willkie Farr & Gallagher LLP
1875 K Street NW
20006
Washington, DC 20015
202-303-1442
Fax: 202-303-2442
Email: mgottlieb@willkie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristin Bender**
Willkie Farr & Gallagher LLP
1875 K. Street, N.W.
Washington, DC 20006-1238
202-303-1245
Email: kbender@willkie.com
*ATTORNEY TO BE NOTICED*

**Matthew F. Bruno**
Manatt, Phelps & Phillips, LLP
7 Times Sq
New York, NY 10036
212-790-4500

Email: mbruno@manatt.com
*ATTORNEY TO BE NOTICED*

**Stephanie Anne Roeser**
Manatt, Phelps & Phillips
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
415-291-7543
Email: sroeser@manatt.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**Ryan Reynolds**   represented by   **Michael Gottlieb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristin Bender**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew F. Bruno**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Leslie Sloane**   represented by   **Sigrid S. McCawley**
Boies, Schiller & Flexner LLP
401 East Las Olas Blvd.
Suite 1200
Fort Lauderdale, FL 33301
954-356-0011
Email: smccawley@bsfllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Villacastin**
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY 10001

212-446-2300
Email: avillacastin@bsfllp.com
*ATTORNEY TO BE NOTICED*

**Lindsey Ruff**
Boies Schiller Flexner
55 Hudson Yards
New York, NY 10001
212-446-2300
Email: lruff@bsfllp.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Vision PR, Inc.**
*a New York corporation*

represented by **Sigrid S. McCawley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Villacastin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lindsey Ruff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Katherine Case**

represented by **Maxwell Kevin Breed**
Pryor Cashman LLP
7 Times Square
New York, NY 10036
212-326-0113
Email: mbreed@pryorcashman.com
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Briana Butler Koslow**

represented by **Maxwell Kevin Breed**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**
**Family Hive LLC**
*d/b/a Blake Brown Beauty*

**Interested Party**
**GIVE BACK BEAUTY INTERNATIONAL LLC**

**Interested Party**
**Brett D McDowell**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/16/2025 | 1 | COMPLAINT against Blake Lively, Ryan Reynolds, Leslie Sloane, Vision PR, Inc.. (Filing Fee $ 405.00, Receipt Number ANYSDC-30469883)Document filed by Jennifer Abel, Jamey Heath, Justin Baldoni, Wayfarer Studios LLC, It Ends With Us Movie LLC, Melissa Nathan..(Sunshine, Jason) (Entered: 01/16/2025) |
| 01/16/2025 | 2 | CIVIL COVER SHEET filed..(Sunshine, Jason) (Entered: 01/16/2025) |
| 01/16/2025 | 3 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 1:24-cv-10049-LJL. Document filed by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Jennifer Abel..(Sunshine, Jason) (Entered: 01/16/2025) |
| 01/16/2025 | 4 | REQUEST FOR ISSUANCE OF SUMMONS as to Blake Lively, Ryan Reynolds, Leslie Sloane, Vision PR, Inc., re: 1 Complaint,. Document filed by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Jennifer Abel..(Sunshine, Jason) (Entered: 01/16/2025) |
| 01/16/2025 | 5 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Other Affiliate M&M Films, Inc., Other Affiliate Spring Green Media Capital LLC for Wayfarer Studios LLC. Document filed by Wayfarer Studios LLC..(Sunshine, Jason) (Entered: 01/16/2025) |
| 01/16/2025 | 6 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Other Affiliate Wayfarer Studios LLC for It Ends With Us Movie LLC. Document filed by It Ends With Us Movie LLC..(Sunshine, Jason) (Entered: 01/16/2025) |
| 01/16/2025 | 7 | NOTICE OF APPEARANCE by Mitchell Schuster on behalf of Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Jennifer Abel..(Schuster, Mitchell) (Entered: 01/16/2025) |
| 01/16/2025 | 8 | NOTICE OF APPEARANCE by Kevin A. Fritz on behalf of Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Jennifer Abel..(Fritz, Kevin) (Entered: 01/16/2025) |
| 01/16/2025 | 9 | NOTICE OF APPEARANCE by Amit Shertzer on behalf of Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Jennifer Abel..(Shertzer, Amit) (Entered: 01/16/2025) |

| | | |
|---|---|---|
| 01/17/2025 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Unassigned. .(jgo) (Entered: 01/17/2025) |
| 01/17/2025 | | Case Designated ECF. (jgo) (Entered: 01/17/2025) |
| 01/17/2025 | | CASE REFERRED TO Judge Lewis J. Liman as possibly related to 24-cv-10049. (jgo) (Entered: 01/17/2025) |
| 01/17/2025 | 10 | ELECTRONIC SUMMONS ISSUED as to Blake Lively, Ryan Reynolds, Leslie Sloane, Vision PR, Inc...(jgo) (Entered: 01/17/2025) |
| 01/17/2025 | | CASE ACCEPTED AS RELATED. Create association to 1:24-cv-10049-LJL. Notice of Assignment to follow. (tro) (Entered: 01/17/2025) |
| 01/17/2025 | | NOTICE OF CASE REASSIGNMENT to Judge Lewis J. Liman. Judge Unassigned is no longer assigned to the case..(tro) (Entered: 01/17/2025) |
| 01/17/2025 | | Magistrate Judge Sarah L. Cave is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. (tro) (Entered: 01/17/2025) |
| 01/19/2025 | 11 | NOTICE OF APPEARANCE by Michael Gottlieb on behalf of Blake Lively, Ryan Reynolds..(Gottlieb, Michael) (Entered: 01/19/2025) |
| 01/19/2025 | 12 | NOTICE OF APPEARANCE by Kristin Bender on behalf of Blake Lively, Ryan Reynolds..(Bender, Kristin) (Entered: 01/19/2025) |
| 01/19/2025 | 13 | WAIVER OF SERVICE RETURNED EXECUTED. Blake Lively waiver sent on 1/19/2025, answer due 3/20/2025. Document filed by Blake Lively..(Gottlieb, Michael) (Entered: 01/19/2025) |
| 01/19/2025 | 14 | WAIVER OF SERVICE RETURNED EXECUTED. Ryan Reynolds waiver sent on 1/19/2025, answer due 3/20/2025. Document filed by Ryan Reynolds..(Gottlieb, Michael) (Entered: 01/19/2025) |
| 01/19/2025 | 15 | LETTER addressed to Judge Lewis J. Liman from Michael J. Gottlieb dated 1/19/2025 re: context regarding the executed waivers of service filed today (ECF Nos. 13 and 14). Document filed by Blake Lively, Ryan Reynolds. (Attachments: # 1 Exhibit A - E-mail to Bryan Freedman).(Gottlieb, Michael) (Entered: 01/19/2025) |
| 01/19/2025 | 16 | NOTICE OF APPEARANCE by Sigrid S. McCawley on behalf of Vision PR, Inc., Leslie Sloane..(McCawley, Sigrid) (Entered: 01/19/2025) |
| 01/19/2025 | 17 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Vision PR, Inc., Leslie Sloane..(McCawley, Sigrid) (Entered: 01/19/2025) |
| 01/19/2025 | 18 | WAIVER OF SERVICE RETURNED EXECUTED. Leslie Sloane waiver sent on 1/19/2025, answer due 3/20/2025. Document filed by Leslie Sloane..(McCawley, Sigrid) (Entered: 01/19/2025) |

| | | |
|---|---|---|
| 01/19/2025 | 19 | WAIVER OF SERVICE RETURNED EXECUTED. Vision PR, Inc. waiver sent on 1/19/2025, answer due 3/20/2025. Document filed by Vision PR, Inc..(McCawley, Sigrid) (Entered: 01/19/2025) |
| 01/19/2025 | 20 | NOTICE OF APPEARANCE by Andrew Villacastin on behalf of Vision PR, Inc., Leslie Sloane..(Villacastin, Andrew) (Entered: 01/19/2025) |
| 01/19/2025 | 21 | NOTICE OF APPEARANCE by Lindsey Ruff on behalf of Vision PR, Inc., Leslie Sloane..(Ruff, Lindsey) (Entered: 01/19/2025) |
| 01/19/2025 | 22 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Blake Lively, Ryan Reynolds..(Gottlieb, Michael) (Entered: 01/19/2025) |
| 01/21/2025 | 23 | MOTION for BRYAN J. FREEDMAN to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30490774. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Jennifer Abel. (Attachments: # 1 Exhibit 1 - Certificate of Good Standing, # 2 Affidavit of Bryan Freedman, # 3 Proposed Order Admitting Bryan Freedman Pro Hac Vice).(Fritz, Kevin) (Entered: 01/21/2025) |
| 01/21/2025 | 24 | MOTION for MILES M. COOLEY to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30491002. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Jennifer Abel. (Attachments: # 1 Exhibit 1 - Certificate of Good Standing, # 2 Affidavit of Miles M. Cooley, # 3 Proposed Order Admitting Miles M. Cooley Pro Hac Vice).(Fritz, Kevin) (Entered: 01/21/2025) |
| 01/21/2025 | 25 | MOTION for THERESA M. TROUPSON to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30491278. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Jennifer Abel. (Attachments: # 1 Exhibit 1 - Certificate of Good Standing, # 2 Affidavit of Theresa M. Troupson, # 3 Proposed Order Admitting Theresa M. Troupson Pro Hac Vice). (Fritz, Kevin) (Entered: 01/21/2025) |
| 01/21/2025 | 26 | MOTION for SUMMER E. BENSON to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30491446. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Jennifer Abel. (Attachments: # 1 Exhibit 1 - Certificate of Good Standing, # 2 Affidavit of Summer E. Benson, # 3 Proposed Order Admitting Summer E. Benson Pro Hac Vice).(Fritz, Kevin) (Entered: 01/21/2025) |
| 01/21/2025 | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 23 MOTION for BRYAN J. FREEDMAN to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30490774. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc) (Entered: 01/21/2025) |
| 01/21/2025 | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 24 MOTION for MILES M. COOLEY to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30491002. Motion and supporting |

| | | | |
|---|---|---|---|
| 01/21/2025 | | | papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc) (Entered: 01/21/2025) |
| 01/21/2025 | | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 25 MOTION for THERESA M. TROUPSON to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30491278. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc) (Entered: 01/21/2025) |
| 01/21/2025 | | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 26 MOTION for SUMMER E. BENSON to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30491446. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc) (Entered: 01/21/2025) |
| 01/21/2025 | 27 | | MOTION for Stephanie A. Roeser to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30492943. Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by Blake Lively. (Attachments: # 1 Affidavit Declaration of Stephanie Roeser, # 2 Exhibit Certificate of Good Standing California, # 3 Proposed Order Proposed Pro Hac Vice Order).(Roeser, Stephanie) (Entered: 01/21/2025) |
| 01/21/2025 | 28 | | MOTION for Esra A. Hudson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number BNYSDC-30493363. Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by Blake Lively. (Attachments: # 1 Exhibit Declaration of Esra Hudson, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Granting Pro Hac Vice).(Hudson, Esra) (Entered: 01/21/2025) |
| 01/21/2025 | 29 | | LETTER MOTION for Conference addressed to Judge Lewis J. Liman from Michael J. Gottlieb dated January 21, 2025. Document filed by Blake Lively, Ryan Reynolds. (Attachments: # 1 Exhibit A - First Cease and Desist, # 2 Exhibit B - List of Public Statements, # 3 Exhibit C - Second Cease and Desist).(Gottlieb, Michael) (Entered: 01/21/2025) |
| 01/22/2025 | 30 | | ORDER granting 23 Motion for Bryan J. Freedman to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Lewis J. Liman) (Text Only Order) (bmm) (Entered: 01/22/2025) |
| 01/22/2025 | 31 | | ORDER granting 24 Motion for Miles M. Cooley to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Lewis J. Liman) (Text Only Order) (bmm) (Entered: 01/22/2025) |
| 01/22/2025 | 32 | | ORDER granting 25 Motion for Theresa M. Troupson to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (bmm) (Entered: 01/22/2025) |
| 01/22/2025 | 33 | | ORDER granting 26 Motion for Summer E. Benson to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Lewis J. Liman) (Text Only Order) (bmm) (Entered: 01/22/2025) |
| 01/22/2025 | | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 27 MOTION for Stephanie A. Roeser to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30492943. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju) (Entered: 01/22/2025) |

| | | |
|---|---|---|
| 01/22/2025 | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 28 MOTION for Esra A. Hudson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number BNYSDC-30493363. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju) (Entered: 01/22/2025) |
| 01/22/2025 | 34 | NOTICE OF INITIAL PRETRIAL CONFERENCE: Initial Conference set for 2/12/2025 at 02:00 PM in Courtroom 15C, 500 Pearl Street, New York, NY 10007 before Judge Lewis J. Liman. SO ORDERED (Signed by Judge Lewis J. Liman on 1/22/2025) (ks) (Entered: 01/22/2025) |
| 01/23/2025 | 35 | ORDER granting 28 Motion for Esra A. Hudson to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Lewis J. Liman) (Text Only Order) (bmm) (Entered: 01/23/2025) |
| 01/23/2025 | 36 | ORDER granting 27 Motion for Stephanie A. Roeser to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lewis J. Liman) (Text Only Order) (bmm) (Entered: 01/23/2025) |
| 01/23/2025 | 37 | ORDER The parties are ordered to show cause by January 30, 2025, why this case should not be consolidated for all purposes with Lively v. Wayfarer Studios LLC et al., 24-cv-10049, pursuant to Federal Rule of Civil Procedure 42. SO ORDERED. (Signed by Judge Lewis J. Liman on 1/23/2025) (ar) (Entered: 01/23/2025) |
| 01/23/2025 | 38 | LETTER addressed to Judge Lewis J. Liman from Kevin Fritz dated January 21, 2025 from counsel for the Lively Parties concerning alleged extrajudicial statements. Document filed by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Jennifer Abel..(Fritz, Kevin) (Entered: 01/23/2025) |
| 01/24/2025 | 39 | LETTER addressed to Judge Lewis J. Liman from Esra Hudson on behalf of Blake Lively and Ryan Reynolds dated 1/24/2025 re: ECF No. 38. Document filed by Blake Lively, Ryan Reynolds..(Hudson, Esra) (Entered: 01/24/2025) |
| 01/27/2025 | 40 | LETTER MOTION for Conference RE: Mr. Freedman's Extrajudicial Conduct addressed to Judge Lewis J. Liman from Michael J. Gottlieb dated 1/27/2025. Document filed by Blake Lively, Ryan Reynolds..(Gottlieb, Michael) (Entered: 01/27/2025) |
| 01/27/2025 | 41 | MEMO ENDORSEMENT on re: [20 in 24cv10049] Letter Motion for Extension of Time to Answer. The motion for an extension is GRANTED as to the Wayfarer Parties who have not yet answered or otherwise responded to the complaint. SO ORDERED. (Signed by Judge Lewis J. Liman on 1/27/2025) (mml) (Entered: 01/27/2025) |
| 01/27/2025 | 42 | ORDER: The initial pretrial conference currently scheduled for February 12, 2025, is rescheduled to February 3, 2025, at 11:00 a.m. in Courtroom 15C at the 500 Pearl Street Courthouse. The parties shall be prepared to address the letter motion regarding pretrial publicity and attorney conduct at the initial pretrial conference. See Dkt. Nos. 29, 38 40. Pending responses to the order to show cause at Dkt. No. 37, the Court plans to consolidate this matter with Lively v. Wayfarer Studios et al., 24-cv-10049, and set both matters for trial on March 9, 2026, at 9:30 a.m. By Thursday, January 30, 2025, the parties shall submit a case management plan with deadlines which would enable trial to occur on that date. SO ORDERED. (Signed by Judge Lewis J. Liman on 1/27/2025) Initial Conference set for 2/3/2025 at 11:00 AM in Courtroom 15C, 500 Pearl Street, New York, NY 10007 before Judge Lewis J. Liman. (ks) (Entered: 01/27/2025) |

| | | |
|---|---|---|
| 01/27/2025 | 43 | LETTER MOTION for Conference re: 42 Order for Initial Pretrial Conference,,, *To Request a Stenographer* addressed to Judge Lewis J. Liman from Kevin A. Fritz dated January 27, 2025. Document filed by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Jennifer Abel..(Fritz, Kevin) (Entered: 01/27/2025) |
| 01/29/2025 | 44 | LETTER addressed to Judge Lewis J. Liman from Michael J. Gottlieb dated 1/29/2025 re: Response to the Court's January 23, 2025 Order 37 . Document filed by Blake Lively, Ryan Reynolds..(Gottlieb, Michael) (Entered: 01/29/2025) |
| 01/29/2025 | 45 | LETTER addressed to Judge Lewis J. Liman from Sigrid S. McCawley dated January 29, 2025 re: Response to the Court's January 23, 2025 Order 37 . Document filed by Vision PR, Inc., Leslie Sloane..(McCawley, Sigrid) (Entered: 01/29/2025) |
| 01/29/2025 | 46 | LETTER addressed to Judge Lewis J. Liman from Kevin Fritz dated January 29, 2025 re: response to the Court's January 23, 2025 Order to Show Cause 37 . Document filed by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Jennifer Abel..(Fritz, Kevin) (Entered: 01/29/2025) |
| 01/29/2025 | 47 | LETTER addressed to Judge Lewis J. Liman from Sigrid S. McCawley dated January 29, 2025 re: Response to the Court's January 22, 2025 Notice 34 . Document filed by Vision PR, Inc., Leslie Sloane..(McCawley, Sigrid) (Entered: 01/29/2025) |
| 01/30/2025 | 48 | LETTER addressed to Judge Lewis J. Liman from Michael J. Gottlieb dated January 30, 2025 re: Response to the Court's January 22, 2025 Notice 34 . Document filed by Blake Lively, Ryan Reynolds..(Gottlieb, Michael) (Entered: 01/30/2025) |
| 01/30/2025 | | CONSOLIDATED MEMBER CASE: Create association to 1:24-cv-10049-LJL.. (ks) (Entered: 01/30/2025) |
| 01/30/2025 | 49 | ORDER: The above-captioned cases involve common questions of law and fact. For convenience, expedition, and judicial economy, and noting that no party has objected despite the opportunity to do so, the Court exercises its discretion to consolidate these cases into a single action. See Federal Rule of Civil Procedure 42(a)(2). The Clerk of Court is directed to consolidate all cases listed above under case number 24-cv-10049, and to close all other cases. Counsel are directed to make filings only under case number 24-cv-10049. SO ORDERED. (Signed by Judge Lewis J. Liman on 1/30/2025) Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL (ks) (Entered: 01/30/2025) |
| 02/03/2025 | 50 | ORDER: The parties shall submit a proposed protective order no later than March 11, 2025. If the parties are unable to agree on a proposed protective order, competing versions should be submitted by March 11, 2025, with legal authority. Motions to dismiss and motions to strike shall be filed within the deadlines set out in the Federal Rules of Civil Procedure. Motions to strike should be made by formal motion pursuant to Rule 1.C of Judge Liman's Individual Practices in Civil Cases ("Individual Practices"). The parties shall follow Rule 2.I of the Individual Practices regarding page limitations for briefs. By consent of the parties, Rule 3.6 of the New York Rules of Professional Conduct is adopted as an order of the Court applicable to all counsel of record. Breach of this Rule may be punished pursuant to Rule 16(f) of the Federal Rules of Civil Procedure or the Court's inherent power. See Munoz v. City of New York, 2013 WL 1953180, at *2 (S.D.N.Y. May 10, 2013). SO ORDERED. (Signed by Judge Lewis J. Liman on 2/3/2025) Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL (ks) (Entered: 02/03/2025) |
| 02/03/2025 | 51 | CASE MANAGEMENT PLAN AND SCHEDULING ORDER: All parties do not consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). This case is to be tried to a jury. Motions due by 11/5/2025. Deposition due by 10/15/2025. Fact Discovery due by 8/14/2025, with substantial completion of document production by July 1, 2025. Expert Discovery due by 10/15/2025. Discovery due by 10/15/2025. Status Conference |

| | | |
|---|---|---|
| 02/03/2025 | | set for 10/21/2025 at 10:00 AM before Judge Lewis J. Liman. Pretrial Order due by 1/23/2026. The parties have conferred and their present best estimate of the length of trial is 2 weeks (Lively/Reynolds parties), 2 weeks (Sloane/Vision PR Parties), 6 weeks (Wayfarer Parties). SO ORDERED (Signed by Judge Lewis J. Liman on 2/3/2025) Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL (ks) (Entered: 02/03/2025) |
| 02/03/2025 | | Minute Entry for proceedings held before Judge Lewis J. Liman: Initial Pretrial Conference held on 2/3/2025. Michael Gottlieb, Kristin Bender, Esra Hudson, Stephanie Roeser, and Aaron Nathan present for Plaintiff/Counter-Defendants. Kristin Tahler and Nicholas Inns present for Plaintiffs Stephanie Jones and Jonesworks LLC. Brian Friedman, Summer Benson, Mitchell Schuster, and Kevin Fritz present for Defendants/Counter-Plaintiffs. David McCraw present for Consolidated Defendant The New York Times Company. Court reporter present. Case management plan entered as discussed at the conference. See Order issued by the Court. Post-Discovery Status Conference set for October 21, 2025 at 10:00AM in Courtroom 15C before Judge Lewis J. Liman. See Transcript. (mf) (Entered: 02/10/2025) |
| 02/07/2025 | 52 | TRANSCRIPT of Proceedings re: CONFERNECE held on 2/3/2025 before Judge Lewis J. Liman. Court Reporter/Transcriber: Samuel Mauro, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/28/2025. Redacted Transcript Deadline set for 3/10/2025. Release of Transcript Restriction set for 5/8/2025.Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(McGuirk, Kelly) (Entered: 02/07/2025) |
| 02/07/2025 | 53 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERNECE proceeding held on 2/3/2025 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(McGuirk, Kelly) (Entered: 02/07/2025) |
| 02/10/2025 | | NOTICE OF MEDIATOR ASSIGNMENT - Notice of assignment of mediator. Mediator Schedule due by 3/12/2025.Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL(sge) (Entered: 02/10/2025) |
| 02/13/2025 | 54 | ORDER granting (69) Letter Motion for Discovery in case 1:24-cv-10049-LJL. The motion for exemption from the mediation program and Pilot Discovery Protocols is GRANTED. SO ORDERED.. (Signed by Judge Lewis J. Liman on 2/13/2025) Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL (ks) Transmission to Mediation Clerk for processing. (Entered: 02/13/2025) |
| 02/13/2025 | 56 | NOTICE OF APPEARANCE by Katherine Mary Bolger on behalf of The New York Times Company. Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(Bolger, Katherine) (Entered: 02/13/2025) |
| 02/13/2025 | 57 | SUMMONS RETURNED EXECUTED Summons and Amended Complaint, served. The New York Times Company served on 2/7/2025, answer due 2/28/2025. Service was accepted by Registered Agent. Document filed by Jamey Heath; Justin Baldoni; It Ends With Us Movie LLC; Jennifer Abel; Steve Sarowitz; Melissa Nathan; Wayfarer Studios LLC. Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(Sunshine, Jason) (Entered: 02/13/2025) |
| 02/13/2025 | 58 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by The New York Times Company.Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(Bolger, Katherine) (Entered: 02/13/2025) |

| | | |
|---|---|---|
| 02/19/2025 | 59 | ORDER taking under advisement (75) Letter Motion for Discovery. The parties are directed to meet and confer and report back to the Court by Monday, February 24, 2025, whether the Court can deny the motion as moot or whether any dispute remains for the Courts decision. The Lively parties shall not move to enforce the subpoenas while the motion is pending. (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL (bmm) (Entered: 02/19/2025) |
| 02/26/2025 | 60 | NOTICE OF APPEARANCE by Matthew F. Bruno on behalf of Blake Lively, Ryan Reynolds. Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(Bruno, Matthew) (Entered: 02/26/2025) |
| 02/26/2025 | 61 | MOTION for Sam F. Cate-Gumpert to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC-30680593. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The New York Times Company. (Attachments: # 1 Affidavit of Sam Cate-Gumpert, # 2 Exhibit A - Certificate of Good Standing, # 3 Proposed Order for Admission of Sam Cate-Gumpert)Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(Cate-Gumpert, Sam) Modified on 2/27/2025 (rju). (Entered: 02/26/2025) |
| 02/27/2025 | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (100 in 1:24-cv-10049-LJL, 61 in 1:25-cv-00449-LJL) MOTION for Sam F. Cate-Gumpert to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC-30680593. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL(rju) (Entered: 02/27/2025) |
| 02/28/2025 | 62 | MEMORANDUM AND ORDER granting in part and denying in part (75) Letter Motion for Discovery; granting in part and denying in part (93) Letter Motion for Discovery in case 1:24-cv-10049-LJL. The motion to quash is GRANTED IN PART and DENIED IN PART. SO ORDERED. (Signed by Judge Lewis J. Liman on 2/28/25) Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL (yv) (Entered: 02/28/2025) |
| 02/28/2025 | 63 | MEMO ENDORSEMENT on re: (103 in 1:24-cv-10049-LJL) LETTER MOTION for Discovery *Regarding Subpoenas* addressed to Judge Lewis J. Liman from Mitchell Schuster, Esq. dated February 28, 2025. filed by Melissa Nathan, Jamey Heath, Justin Baldoni, It Ends With Us Movie LLC, Jennifer Abel, Agency Group PR LLC, Steve Sarowitz, Wayfarer Studios LLC. ENDORSEMENT: The Lively Parties shall respond by Tuesday, March 4, 2025. No action shall be taken to enforce the Subpoenas while this motion is pending. SO ORDERED (Signed by Judge Lewis J. Liman on 2/28/2025) ( Responses due by 3/4/2025) Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL (ks) (Entered: 02/28/2025) |
| 02/28/2025 | 64 | NOTICE OF APPEARANCE by Maxwell Kevin Breed on behalf of Katherine Case. Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(Breed, Maxwell) (Entered: 02/28/2025) |
| 02/28/2025 | 65 | LETTER MOTION for Discovery re: *Subpoenas* addressed to Judge Lewis J. Liman from Maxwell Breed, Esq. dated 2/28/2025. Document filed by Briana Butler Koslow, Katherine Case.Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(Breed, Maxwell) (Entered: 02/28/2025) |
| 03/03/2025 | 66 | ORDER denying as moot (103) Letter Motion for Discovery; denying as moot (111) Letter Motion for Discovery in case 1:24-cv-10049-LJL; denying as moot (65) Letter Motion for Discovery in case 1:25-cv-00449-LJL. Because the subpoenas have |

| | | |
|---|---|---|
| | | been withdrawn, the motions at Dkt. Nos. 103 and 111 are denied as moot. SO ORDERED. (Signed by Judge Lewis J. Liman on 3/3/2025) Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL (ks) (Entered: 03/03/2025) |
| 03/03/2025 | 67 | ORDER granting (108) Letter Motion for Leave to File Document in case 1:24-cv-10049-LJL. The motion is granted. Defendant is directed to mail the flash drive to Judge Liman's chambers. SO ORDERED. (Signed by Judge Lewis J. Liman on 3/3/2025) Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL (ks) (Entered: 03/03/2025) |
| 03/03/2025 | 68 | ORDER: The Court will hold a video conference via Microsoft Teams on the motion for a protective order at Dkt. No. 89 in 24-cv-10049 and the motion for a protective order at Dkt. No. 24 in 25-cv-779 on Thursday, March 6, 2025, at 10:00 a.m. The parties shall be provided instructions for hearing access via email. The Court will post an audio-only dial-in number on the docket for the public and press to access the hearing. SO ORDERED. (Signed by Judge Lewis J. Liman on 3/3/2025) Set Deadlines/Hearing as to ( Motion Hearing set for 3/6/2025 at 10:00 AM before Judge Lewis J. Liman.) Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL (ks) (Entered: 03/03/2025) |
| 03/04/2025 | 69 | MEMORANDUM & ORDER granting (109) Motion to Stay in case 1:24-cv-10049-LJL. Consolidated Defendant The New York Times Company ("NY Times") moves, pursuant to Federal Rule of Civil Procedure 26(c), for a stay of discovery as it relates to the NY Times pending a decision on its motion to dismiss. Dkt. No. 109. The motion is granted. As further set forth in this Order. Those issues will invariably be affected by the Court's decision on the motion to dismiss. Finally, the Wayfarer Parties are unlikely to be unfairly prejudiced by a stay while the Court decides the pending motion. The NY Times did not delay filing its motion; it filed the motion within 21 days of being served. The Court intends to address the motion to dismiss promptly after it is fully submitted. To the extent that the Wayfarer Parties are concerned about delay, they have it within their power to accelerate their contemplated further amended complaint or their opposition to the motion to dismiss. The Wayfarer Parties themselves suggest that discovery from the NY Times is unlikely to be voluminous. Dkt. No. 117 at 2. To the extent discovery is sought from the NY Times as a defendant, it can be requested if and when the Court denies the pending motion to dismiss. In the meantime, it is evident that the parties will be busy with document discovery from the other parties and with third party discovery. Depositions are not anticipated to begin soon. The Court hopes to decide the motion well before they do begin. The motion to stay discovery as it relates to the NY Times is GRANTED. The Clerk of Court is respectfully directed to close Dkt. No. 109. SO ORDERED.. (Signed by Judge Lewis J. Liman on 3/4/2025) Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL (ks) Modified on 3/4/2025 (ks). (Entered: 03/04/2025) |
| 03/06/2025 | 70 | MEMORANDUM OF LAW in Opposition re: (86 in 1:24-cv-10049-LJL, 86 in 1:24-cv-10049-LJL) MOTION to Dismiss *First Amended Complaint*. MOTION for Attorney Fees *and Costs*. MOTION to Strike Document No. [50-1] . . Document filed by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Jennifer Abel, Steve Sarowitz. Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(Sunshine, Jason) (Entered: 03/06/2025) |
| 03/10/2025 | 71 | TRANSCRIPT of Proceedings re: ORAL ARGUMENT held on 3/6/2025 before Judge Lewis J. Liman. Court Reporter/Transcriber: Martha Martin, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/31/2025. Redacted Transcript Deadline set for 4/10/2025. Release of Transcript Restriction set for 6/9/2025.Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(McGuirk, Kelly) (Entered: 03/10/2025) |

| Date | # | Description |
|---|---|---|
| 03/10/2025 | 72 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a ORAL ARGUMENT proceeding held on 3/6/2025 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(McGuirk, Kelly) (Entered: 03/10/2025) |
| 03/13/2025 | 73 | MEMORANDUM AND ORDER The motion for the entry of the Moving Parties' proposed protective order is GRANTED IN PART and DENIED IN PART. The Clerk of Court is respectfully directed to close Dkt. No. 89. (And as further set forth herein.) SO ORDERED. (Signed by Judge Lewis J. Liman on 3/13/2025) Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL (jca) (Entered: 03/13/2025) |
| 03/13/2025 | 74 | PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material...SO ORDERED. (Signed by Judge Lewis J. Liman on 3/13/2025) Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL (jca) (Entered: 03/13/2025) |
| 03/14/2025 | 75 | MEMORANDUM OF LAW in Opposition re: (105 in 1:24-cv-10049-LJL) MOTION to Dismiss *Plaintiffs' First Amended Complaint*. . Document filed by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Jennifer Abel, Steve Sarowitz. Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(Sunshine, Jason) (Entered: 03/14/2025) |
| 03/14/2025 | 76 | DECLARATION of Jason Sunshine in Opposition re: (105 in 1:24-cv-10049-LJL) MOTION to Dismiss *Plaintiffs' First Amended Complaint*. Document filed by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Jennifer Abel, Steve Sarowitz. (Attachments: # 1 Exhibit New York Times Video - "The Waging of an Alleged Smear Campaign Against Blake Lively")Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(Sunshine, Jason) (Entered: 03/14/2025) |
| 03/18/2025 | 77 | NOTICE OF APPEARANCE by Bryan J Freedman on behalf of Jennifer Abel, Agency Group PR LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Steve Sarowitz, Wayfarer Studios LLC. Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(Freedman, Bryan) (Entered: 03/18/2025) |
| 03/18/2025 | 78 | NOTICE OF APPEARANCE by Theresa Troupson on behalf of Jennifer Abel, Agency Group PR LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Steve Sarowitz, Wayfarer Studios LLC. Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(Troupson, Theresa) (Entered: 03/18/2025) |
| 03/18/2025 | 79 | NOTICE OF APPEARANCE by Stacey Michelle Ashby on behalf of Jennifer Abel, Agency Group PR LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Steve Sarowitz, Wayfarer Studios LLC. Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(Ashby, Stacey) (Entered: 03/18/2025) |
| 03/19/2025 | 80 | NOTICE OF APPEARANCE by Summer Benson on behalf of Jennifer Abel, Agency Group PR LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Steve Sarowitz, Wayfarer Studios LLC, |

| | | |
|---|---|---|
| 03/20/2025 | | Wayfarer Studios LLC. Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(Benson, Summer) (Entered: 03/19/2025) |
| | 81 | **FILING ERROR - DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS** REQUEST FOR ISSUANCE OF SUMMONS as to Jonesworks LLC, re: (154 in 1:24-cv-10049-LJL, 154 in 1:24-cv-10049-LJL) Answer to Amended Complaint, Third Party Complaint. Document filed by Jennifer Abel. Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(Sunshine, Jason) Modified on 3/21/2025 (sj). (Entered: 03/20/2025) |
| 04/01/2025 | 82 | MEMORANDUM OF LAW in Opposition re: (132 in 1:24-cv-10049-LJL) MOTION to Dismiss *the Amended Complaint (ECF No. 50)*. . Document filed by Jennifer Abel, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Steve Sarowitz, Wayfarer Studios LLC. Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(Sunshine, Jason) (Entered: 04/01/2025) |
| 04/03/2025 | 83 | MEMORANDUM OF LAW in Opposition re: (144 in 1:24-cv-10049-LJL) MOTION to Dismiss *the Amended Complaint and for Related Relief (ECF No. 50)*. . Document filed by Jennifer Abel, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Steve Sarowitz, Wayfarer Studios LLC. Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(Sunshine, Jason) (Entered: 04/03/2025) |
| 04/04/2025 | 84 | LETTER addressed to Judge Lewis J. Liman from Samuel D. Levy dated 04/04/25 re: Protective Order. Document filed by Family Hive LLC, GIVE BACK BEAUTY INTERNATIONAL LLC.Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(Levy, Samuel) (Entered: 04/04/2025) |
| 04/11/2025 | 85 | ORDER denying (168) Motion for Extension of Time in case 1:24-cv-10049-LJL. The motion is denied for failure to show good cause. See Furry Puppet Studio Inc. v. Fall Out Boy, 2020 WL 4978080, at *12 (S.D.N.Y. Feb. 24, 2020). The Wayfarer Parties have now been aware of what the opposing parties contend are flaws in their operative complaint for several weeks, and the deadline to move to amend is not until April 18, 2025. The Clerk of Court is respectfully directed to close Dkt. No. 168. SO ORDERED.. (Signed by Judge Lewis J. Liman on 4/11/2025) Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL (ks) (Entered: 04/11/2025) |
| 04/25/2025 | 86 | THIRD PARTY LETTER MOTION for Discovery *to Quash Subpoena* addressed to Judge Lewis J. Liman from Jacob D. Albertson dated April 25, 2025. Document filed by Marvel Entertainment, LLC.Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(Albertson, Jacob) (Entered: 04/25/2025) |
| 04/28/2025 | 87 | AMENDED ANSWER to (154 in 1:24-cv-10049-LJL, 154 in 1:24-cv-10049-LJL) Answer to Amended Complaint, Third Party Complaint with JURY DEMAND. Document filed by Jennifer Abel. Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(Sunshine, Jason) (Entered: 04/28/2025) |
| 04/28/2025 | 88 | LETTER RESPONSE in Opposition to Motion addressed to Judge Lewis J. Liman from Mitchell Schuster dated April 28, 2025 re: (186 in 1:24-cv-10049-LJL, 86 in 1:25-cv-00449-LJL) THIRD PARTY LETTER MOTION for Discovery *to Quash Subpoena* addressed to Judge Lewis J. Liman from Jacob D. Albertson dated April 25, 2025. . Document filed by Jennifer Abel, Agency Group PR LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Steve Sarowitz, Wayfarer Studios LLC. Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(Schuster, Mitchell) (Entered: 04/28/2025) |

| | | |
|---|---|---|
| 04/28/2025 | 90 | LETTER addressed to Judge Lewis J. Liman from Brett Douglas McDowell, Pro Se dated 4/27/2025 re: Non-Party Request for Preservation and Consideration of Discovery Materials. Document filed by Brett D McDowell.(tg) (Entered: 05/08/2025) |
| 05/05/2025 | 89 | MOTION for Adam Levin to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC-31030783. Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by Marvel Entertainment, LLC. (Attachments: # 1 Affidavit of Adam Levin in Support of Motion to Appear Pro Hac Vice, # 2 Exhibit Certificate of Good Standing from Supreme Court of California, # 3 Proposed Order for Admission Pro Hac Vice)Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(Levin, Adam) (Entered: 05/05/2025) |
| 05/05/2025 | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (194 in 1:24-cv-10049-LJL, 89 in 1:25-cv-00449-LJL) MOTION for Adam Levin to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC-31030783. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL(rju) (Entered: 05/05/2025) |
| 05/09/2025 | 91 | MEMO ENDORSEMENT on re: 90 Letter filed by Brett D McDowell ENDORSEMENT: The Court may not consider letters or requests from persons who are not parties to the proceedings. The proper procedure for a person with an interest in the case who wishes to be heard and who qualifies for intervention is to file a motion for intervention. Pursuant to the consolidation order at Dkt. No. 49, any request related to this case should be filed in Case No. 24-cv-10049. SO ORDERED (Signed by Judge Lewis J. Liman on 5/9/2025) (ks) (Entered: 05/09/2025) |
| 05/09/2025 | 92 | LETTER MOTION for Discovery addressed to Judge Lewis J. Liman from Kristin Tahler dated May 9, 2025. Document filed by Jonesworks LLC.Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(Tahler, Kristin) (Entered: 05/09/2025) |
| 05/09/2025 | 93 | LETTER MOTION for Discovery addressed to Judge Lewis J. Liman from Kristin Tahler dated May 9, 2025. Document filed by Jonesworks LLC. (Attachments: # 1 Exhibit A - Edgeworth Subpoena, # 2 Exhibit B - 2025.03.13 K. Tahler Letter, # 3 Exhibit C - 2025.03.31 K. Tahler Letter)Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(Tahler, Kristin) (Entered: 05/09/2025) |
| 05/09/2025 | 94 | LETTER RESPONSE in Opposition to Motion addressed to Judge Lewis J. Liman from Mitchell Schuster dated May 9, 2025 re: (92 in 1:25-cv-00449-LJL, 198 in 1:24-cv-10049-LJL) LETTER MOTION for Discovery addressed to Judge Lewis J. Liman from Kristin Tahler dated May 9, 2025. . Document filed by Jennifer Abel, Agency Group PR LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Steve Sarowitz, Wayfarer Studios LLC. (Attachments: # 1 Exhibit A - Summons and Complaint, # 2 Exhibit B - Notice of Discontinuance)Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(Schuster, Mitchell) (Entered: 05/09/2025) |