# Exhibit C

ECF,LEAD,MEDTFR8

Query    Reports    Utilities    Help    Log Out

**U.S. District Court**

**Southern District of New York (Foley Square)**

**CIVIL DOCKET FOR CASE #: 1:24-cv-10049-LJL**

Lively v. Wayfarer Studios LLC et al

Assigned to: Judge Lewis J. Liman

Demand: $75,000

Related Cases: 1:25-cv-00449-LJL

1:25-cv-00779-LJL

Cause: 42:2000e-2e Job Discrimination (Unlawful Employment Practices)

Date Filed: 12/31/2024

Jury Demand: Both

Nature of Suit: 442 Civil Rights: Jobs

Jurisdiction: Federal Question

**Plaintiff**

**Blake Lively**                           represented by **Esra A. Hudson**

Manatt, Phelps & Phillips

2049 Century Park East

Suite 1700

Los Angeles, CA 90067

310-312-4381

Email: ehudson@manatt.com

*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Aaron E Nathan**

Willkie Farr & Gallagher LLP

787 Seventh Avenue

New York, NY 10019

212-728-8904

Email: anathan@willkie.com

*ATTORNEY TO BE NOTICED*

**Kristin Bender**

Willkie Farr & Gallagher LLP

1875 K. Street, N.W.

Washington, DC 20006-1238

202-303-1245
Email: kbender@willkie.com
*ATTORNEY TO BE NOTICED*

**Laura Lee Prather**
Haynes and Boone, LLP
Texas
98 San Jacinto Boulevard
Suite 1500
Austin, TX 78701
512-867-8400
Fax: 512-867-8470
Email: laura.prather@haynesboone.com
*ATTORNEY TO BE NOTICED*

**Matthew F. Bruno**
Manatt, Phelps & Phillips, LLP
7 Times Sq
New York, NY 10036
212-790-4500
Email: mbruno@manatt.com
*ATTORNEY TO BE NOTICED*

**Meryl Conant Governski**
Willkie Farr & Gallagher LLP
1875 K. Street
Suite 100
Washington, DC 20006
202-303-1000
Email: mgovernski@willkie.com
*ATTORNEY TO BE NOTICED*

**Michael Lambert**
Haynes and Boone, LLP
98 San Jacinto Boulevard, Suite 1500
Austin, TX 78701
512-867-8412
Email: michael.lambert@haynesboone.com
*ATTORNEY TO BE NOTICED*

**Stephanie Anne Roeser**

Manatt, Phelps & Phillips
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
415-291-7543
Email: sroeser@manatt.com
*ATTORNEY TO BE NOTICED*

**Michael Gottlieb**
Willkie Farr & Gallagher LLP
Willkie Farr & Gallagher LLP
1875 K Street NW
20006
Washington, DC 20015
202-303-1442
Fax: 202-303-2442
Email: mgottlieb@willkie.com
*ATTORNEY TO BE NOTICED*

represented by  **Bryan J Freedman**
Freedman, Taitelman & Cooley, LLP
1801 Century Park West
5th Floor
Los Angeles, CA 90067
310-201-0005
Email: bfreedman@ftllp.com
*ATTORNEY TO BE NOTICED*

**Mitra Ahouraian**
2029 Century Park East
Ste 4th Floor
Los Angeles, CA 90067
310-867-2777
Email: mitra@ahouraianlaw.com
*ATTORNEY TO BE NOTICED*

**Summer Benson**
Liner Freedman Taitelman & Cooley, LLP

V.

**Consolidated Plaintiff**

**Wayfarer Studios LLC**
*a Delaware Limited Liability Company*

1801 Century Park West
5th Floor
Los Angeles, CA 90067
310-201-0005
Fax: 310-201-0045
Email: sbenson@ftllp.com
*ATTORNEY TO BE NOTICED*

**Theresa M Troupson**
Liner Freedman Taitelman & Cooley LLP
CA
1801 Century Park West
5th Floor
Ste 5th Floor
Los Angeles, CA 90067
310-201-0005
Email: ttroupson@ftcllp.com
*ATTORNEY TO BE NOTICED*

**Jason Sunshine**
Liner Freedman Taitelman & Cooley LLP
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
310-201-0005
Fax: 310-201-0045
Email: jsunshine@ftcllp.com
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Justin Baldoni**

represented by **Bryan J Freedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mitra Ahouraian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Summer Benson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Jamey Heath**                                    represented by     **Bryan J Freedman**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

**Theresa M Troupson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason Sunshine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mitra Ahouraian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Summer Benson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa M Troupson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason Sunshine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**It Ends With Us Movie LLC**                      represented by     **Bryan J Freedman**
*a California Limited Liability Company*                               (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

**Mitra Ahouraian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Summer Benson**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Theresa M Troupson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason Sunshine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**
**Melissa Nathan**                    represented by **Bryan J Freedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Summer Benson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa M Troupson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason Sunshine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**
**Jennifer Abel**                    represented by **Bryan J Freedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Summer Benson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa M Troupson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Steve Sarowitz**

represented by **Bryan J Freedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason Sunshine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mitra Ahouraian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Summer Benson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa M Troupson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason Sunshine**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Movant**

**Marvel Entertainment, LLC**

represented by **Jacob Douglas Albertson**
Mitchell, Silberberg & Knupp LLP
437 Madison Avenue
New York, NY 10022
917-546-7714
Email: j1a@msk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Wayfarer Studios LLC**

represented by **Amit Shertzer**
Meister Seelig & Fein PLLC
125 Park Avenue, 7th Floor
New York, NY 10017
212-655-3500
Fax: 212-655-3535
Email: as@msf-law.com
*ATTORNEY TO BE NOTICED*

**Bryan J Freedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason Sunshine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin A. Fritz**
Meister Seelig & Fein LLP
125 Park Avenue, 7th fl.
New York, NY 10017
(212) 655-3500
Fax: (212) 655-3536
Email: kaf@msf-law.com
*ATTORNEY TO BE NOTICED*

**Mitchell Schuster**
Meister Seelig & Fein PLLC
125 Park Ave.
7th Floor
New York, NY 10017
212-655-3549
Email: ms@msf-law.com
*ATTORNEY TO BE NOTICED*

**Mitra Ahouraian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stacey Michelle Ashby**
Meister Seelig & Fein LLP

125 Park Avenue, 7th fl.
New York, NY 10017
(212) 655-3500
Fax: (212) 655-3536
Email: sma@msf-law.com
*ATTORNEY TO BE NOTICED*

**Summer Benson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa M Troupson**
(See above for address)
*ATTORNEY TO BE NOTICED*

represented by **Amit Shertzer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Bryan J Freedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason Sunshine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin A. Fritz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mitchell Schuster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mitra Ahouraian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stacey Michelle Ashby**

**Defendant**

**Justin Baldoni**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Summer Benson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa M Troupson**
(See above for address)
*ATTORNEY TO BE NOTICED*

represented by **Amit Shertzer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Bryan J Freedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason Sunshine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin A. Fritz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mitchell Schuster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mitra Ahouraian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stacey Michelle Ashby**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Summer Benson**

<u>**Defendant**</u>

**Jamey Heath**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa M Troupson**
(See above for address)
*ATTORNEY TO BE NOTICED*

represented by **Amit Shertzer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Bryan J Freedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason Sunshine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin A. Fritz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mitchell Schuster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mitra Ahouraian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stacey Michelle Ashby**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Summer Benson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa M Troupson**

**Defendant**

**Steve Sarowitz**

**Defendant**

**It Ends With Us Movie LLC**    represented by    **Amit Shertzer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Bryan J Freedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason Sunshine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin A. Fritz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mitchell Schuster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mitra Ahouraian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stacey Michelle Ashby**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Summer Benson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa M Troupson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Melissa Nathan**                    represented by  **Amit Shertzer**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                      **Bryan J Freedman**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                      **Jason Sunshine**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                      **Kevin A. Fritz**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                      **Mitchell Schuster**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                      **Stacey Michelle Ashby**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                      **Summer Benson**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                      **Theresa M Troupson**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Agency Group PR LLC**               represented by  **Amit Shertzer**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                      **Bryan J Freedman**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Jason Sunshine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin A. Fritz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mitchell Schuster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stacey Michelle Ashby**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Summer Benson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa M Troupson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jennifer Abel**    represented by  **Amit Shertzer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Bryan J Freedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason Sunshine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin A. Fritz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mitchell Schuster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stacey Michelle Ashby**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Summer Benson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa M Troupson**
(See above for address)
*ATTORNEY TO BE NOTICED*

represented by **Charles L. Babcock , IV**
Jackson Walker L.L.P
1401 Mckinney Street, Suite 1900
Houston, TX 77010
(469)-233-3389
Fax: (713)-752-4560
Email: cbabcock@jw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joel Glover**
Jackson Walker, LLP
1401 McKinney Street
Ste 1900
Houston, TX 77010
713-752-4226
Fax: 713-308-4114
Email: jglover@jw.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**Jed Wallace**
*an individual*

**Defendant**

**Street Relations, Inc.**
*a California Corporation*

            represented by **Charles L. Babcock, IV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joel Glover**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Consolidated Defendant**

**Blake Lively**

            represented by **Michael Gottlieb**
Willkie Farr & Gallagher LLP
1875 K Street NW
20006
Washington, DC 20015
202-303-1442
Fax: 202-303-2442
Email: mgottlieb@willkie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron E Nathan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew F. Bruno**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Meryl Conant Governski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Defendant**

**Ryan Reynolds**

            represented by **Michael Gottlieb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron E Nathan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew F. Bruno**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Meryl Conant Governski**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Consolidated Defendant

**Leslie Sloane**                    represented by **Sigrid S. McCawley**
Boies, Schiller & Flexner LLP
401 East Las Olas Blvd.
Suite 1200
Fort Lauderdale, FL 33301
954-356-0011
Email: smccawley@bsfllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Villacastin**
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY 10001
212-446-2300
Email: avillacastin@bsfllp.com
*ATTORNEY TO BE NOTICED*

**Lindsey Ruff**
Boies Schiller Flexner
55 Hudson Yards
New York, NY 10001
212-446-2300
Email: lruff@bsfllp.com
*ATTORNEY TO BE NOTICED*

## Consolidated Defendant

**Vision PR, Inc.**
*a New York corporation*

represented by **Sigrid S. McCawley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Villacastin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lindsey Ruff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Defendant**

**The New York Times Company**

represented by **Katherine Mary Bolger**
Davis Wright Tremaine LLP (NYC)
1251 Avenue of the Americas
New York, NY 10020
(212)-489-4068
Fax: (212)-489-8340
Email: katebolger@dwt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sam Finn Cate-Gumpert**
Davis Wright Tremaine LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
415-276-6500
Fax: 415-276-6599
Email: samcategumpert@dwt.com
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Katherine Case**

represented by **Daniel John Pohlman**
Pryor Cashman LLP
7 Times Sq
Ste 40th Floor
New York, NY 10036
212-326-0823

Email: dpohlman@pryorcashman.com
*ATTORNEY TO BE NOTICED*

**Maxwell Kevin Breed**
Pryor Cashman LLP
7 Times Square
New York, NY 10036
212-326-0113
Email: mbreed@pryorcashman.com
*ATTORNEY TO BE NOTICED*

**Interested Party**
**Briana Butler Koslow**    represented by    **Daniel John Pohlman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Maxwell Kevin Breed**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**
**Family Hive LLC**
*d/b/a Blake Brown Beauty*

**Interested Party**
**GIVE BACK BEAUTY INTERNATIONAL LLC**

**ThirdParty Plaintiff**
**Jennifer Abel**    represented by    **Amit Shertzer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Bryan J Freedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason Sunshine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin A. Fritz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mitchell Schuster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stacey Michelle Ashby**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Summer Benson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa M Troupson**
(See above for address)
*ATTORNEY TO BE NOTICED*

represented by **Danielle Lazarus**
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue
Ste 22nd Floor
New York, NY 10010
212-849-7464
Email: daniellelazarus@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Kristin Tahler**
Quinn Emanuel Urquhart & Sullivan
865 S. Figueroa Street
Ste 10th Floor
Los Angeles, CA 90017
213-443-3615
Email: kristintahler@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

V.

**ThirdParty Defendant**

**Jonesworks LLC**

**Maaren Alia Shah**
Quinn Emanuel Urquhart & Sullivan LLP
295 5th Avenue
New York, NY 10016
212-849-7452
Email: maarenchoksi@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Nicholas Inns**
Quinn Emanuel Urquhart & Sullivan LLP
1300 I St NW
Suite 900
Washington, DC 20005
202-774-6147
Email: nicholasinns@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Jennifer Abel**                    represented by **Amit Shertzer**
                                     (See above for address)
                                     *ATTORNEY TO BE NOTICED*

                                     **Bryan J Freedman**
                                     (See above for address)
                                     *ATTORNEY TO BE NOTICED*

                                     **Jason Sunshine**
                                     (See above for address)
                                     *ATTORNEY TO BE NOTICED*

                                     **Kevin A. Fritz**
                                     (See above for address)
                                     *ATTORNEY TO BE NOTICED*

                                     **Mitchell Schuster**
                                     (See above for address)
                                     *ATTORNEY TO BE NOTICED*

                                     **Stacey Michelle Ashby**
                                     (See above for address)

*ATTORNEY TO BE NOTICED*

**Summer Benson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa M Troupson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Jonesworks LLC**                    represented by    **Danielle Lazarus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristin Tahler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Maaren Alia Shah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas Inns**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

| Date Filed | # | Docket Text |
|---|---|---|
| 12/31/2024 | 1 | COMPLAINT against Jennifer Abel, Agency Group PR LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Steve Sarowitz, Wayfarer Studios LLC. (Filing Fee $ 405.00, Receipt Number ANYSDC-30394485)Document filed by Blake Lively. (Attachments: # 1 Exhibit A - Protections for Return to Production, # 2 Exhibit B - Contract Rider, # 3 Exhibit C - Marketing Plan, # 4 Exhibit D - Scenario Planning Document).(Gottlieb, Michael) (Entered: 12/31/2024) |
| 12/31/2024 | 2 | CIVIL COVER SHEET filed.(Gottlieb, Michael) (Entered: 12/31/2024) |

| Date | # | Description |
|---|---|---|
| 12/31/2024 | 3 | REQUEST FOR ISSUANCE OF SUMMONS as to Wayfarer Studios LLC; Justin Baldoni; Jamey Heath; Steve Sarowitz; It Ends With Us Movie LLC; Melissa Nathan; The Agency Group PR LLC; Jennifer Abel, re: 1 Complaint., Document filed by Blake Lively..(Gottlieb, Michael) (Entered: 12/31/2024) |
| 01/02/2025 |  | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Lewis J. Liman. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district-judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf-related-instructions..(gp) (Entered: 01/02/2025) |
| 01/02/2025 |  | Magistrate Judge Sarah L. Cave is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. (gp) (Entered: 01/02/2025) |
| 01/02/2025 |  | Case Designated ECF. (gp) (Entered: 01/02/2025) |
| 01/02/2025 |  | Case Designated ECF. (gp) (Entered: 01/02/2025) |
| 01/02/2025 | 4 | ELECTRONIC SUMMONS ISSUED as to Jennifer Abel, Agency Group PR LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Steve Sarowitz, Wayfarer Studios LLC..(gp) (Entered: 01/02/2025) |
| 01/19/2025 | 5 | NOTICE OF APPEARANCE by Michael Gottlieb on behalf of Blake Lively..(Gottlieb, Michael) (Entered: 01/19/2025) |
| 01/19/2025 | 6 | NOTICE OF APPEARANCE by Kristin Bender on behalf of Blake Lively..(Bender, Kristin) (Entered: 01/19/2025) |
| 01/21/2025 | 7 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. Wayfarer Studios LLC served on 1/3/2025, answer due 1/24/2025. Service was accepted by c/o Registered Agent. Document filed by Blake Lively..(Gottlieb, Michael) (Entered: 01/21/2025) |
| 01/21/2025 | 8 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. Justin Baldoni served on 1/16/2025, answer due 2/6/2025. Service was accepted by Justin Baldoni. Document filed by Blake Lively..(Gottlieb, Michael) (Entered: 01/21/2025) |
| 01/21/2025 | 9 | MOTION for Stephanie A. Roeser to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30493095. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Blake Lively. (Attachments: # 1 Affidavit Declaration of Stephanie Roeser, # 2 Exhibit Certificate of Good Standing California, # 3 Proposed Order Proposed Pro Hac Vice Order).(Roeser, Stephanie) (Entered: 01/21/2025) |
| 01/21/2025 | 10 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. Jamey Heath served on 1/8/2025, answer due 1/29/2025. Service was accepted by Jamey Heath. Document filed by Blake Lively..(Gottlieb, Michael) (Entered: 01/21/2025) |
| 01/21/2025 | 11 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. Steve Sarowitz served on 1/10/2025, answer due 1/31/2025. Service was accepted by Steve Sarowitz. Document filed by Blake Lively..(Gottlieb, Michael) (Entered: 01/21/2025) |

| 01/21/2025 | 12 | **FILING ERROR - DEFICIENT DOCKET ENTRY** - MOTION for Esra A. Hudson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30493224. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Blake Lively. (Attachments: # 1 Exhibit - Declaration of Esra Hudson, # 2 Exhibit - Certificate of Good Standing, # 3 Proposed Order Granting Pro Hac Vice).(Hudson, Esra) Modified on 1/22/2025 (rju). (Entered: 01/21/2025) |
| 01/21/2025 | 13 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. It Ends With Us Movie LLC served on 1/3/2025, answer due 1/24/2025. Service was accepted by c/o Registered Agent. Document filed by Blake Lively..(Gottlieb, Michael) (Entered: 01/21/2025) |
| 01/21/2025 | 14 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. Melissa Nathan served on 1/8/2025, answer due 1/29/2025. Service was accepted by John Doe, Housemate of Melissa Nathan. Document filed by Blake Lively..(Gottlieb, Michael) (Entered: 01/21/2025) |
| 01/21/2025 | 15 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. Agency Group PR LLC served on 1/3/2025, answer due 1/24/2025. Service was accepted by c/o Registered Agent. Document filed by Blake Lively..(Gottlieb, Michael) (Entered: 01/21/2025) |
| 01/21/2025 | 16 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. Jennifer Abel served on 1/8/2025, answer due 1/29/2025. Service was accepted by Chris Vanger, Housemate of Jennifer Abel. Document filed by Blake Lively..(Gottlieb, Michael) (Entered: 01/21/2025) |
| 01/21/2025 | 17 | LETTER MOTION for Conference addressed to Judge Lewis J. Liman from Michael J. Gottlieb dated January 21, 2025. Document filed by Blake Lively.. (Attachments: # 1 Exhibit A - First Cease and Desist, # 2 Exhibit B - List of Public Statements, # 3 Exhibit C - Second Cease and Desist).(Gottlieb, Michael) (Entered: 01/21/2025) |
| 01/22/2025 | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 9 MOTION for Stephanie A. Roeser to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30493095. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju) (Entered: 01/22/2025) |
| 01/22/2025 | | >>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE-FILE Document No. 12 MOTION for Esra A. Hudson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30493224. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): the motion was not signed;, Re-file the motion as a Motion to Appear Pro Hac Vice - attach the correct signed PDF - select the correct named filer/filers - attach valid Certificates of Good Standing issued within the past 30 days - attach Proposed Order.. (rju) (Entered: 01/22/2025) |
| 01/22/2025 | 18 | ORDER granting 9 Motion for Stephanie A. Roeser to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Lewis J. Liman) (Text Only Order) (mf) (Entered: 01/22/2025) |
| 01/22/2025 | 19 | NOTICE OF APPEARANCE by Kevin A. Fritz on behalf of Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, Agency Group PR LLC, Jennifer Abel..(Fritz, Kevin) (Entered: 01/22/2025) |

| Date | # | Description |
|---|---|---|
| 01/22/2025 | 20 | LETTER MOTION for Extension of Time to File Answer re: 1 Complaint, addressed to Judge Lewis J. Liman from Kevin Fritz dated January 22, 2025. Document filed by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, Agency Group PR LLC, Jennifer Abel..(Fritz, Kevin) (Entered: 01/22/2025) |
| 01/22/2025 | 21 | NOTICE OF INITIAL PRETRIAL CONFERENCE: Initial Conference set for 2/12/2025 at 02:00 PM in Courtroom 15C, 500 Pearl Street, New York, NY 10007 before Judge Lewis J. Liman. SO ORDERED (Signed by Judge Lewis J. Liman on 1/22/2025) (ks) (Entered: 01/22/2025) |
| 01/22/2025 | 22 | NOTICE OF APPEARANCE by Mitchell Schuster on behalf of Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, Agency Group PR LLC, Jennifer Abel..(Schuster, Mitchell) (Entered: 01/22/2025) |
| 01/22/2025 | 23 | NOTICE OF APPEARANCE by Amit Shertzer on behalf of Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, Agency Group PR LLC, Jennifer Abel..(Shertzer, Amit) (Entered: 01/22/2025) |
| 01/22/2025 | 24 | NOTICE OF APPEARANCE by Jason Sunshine on behalf of Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, Agency Group PR LLC, Jennifer Abel..(Sunshine, Jason) (Entered: 01/22/2025) |
| 01/22/2025 | 25 | MOTION for Esra A. Hudson to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Blake Lively. (Attachments: # 1 Affidavit of Esra Hudson, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Granting Pro Hac Vice).(Hudson, Esra) (Entered: 01/22/2025) |
| 01/23/2025 |  | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 25 MOTION for Esra A. Hudson to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. **The document has been reviewed and there are no deficiencies. (rju) (Entered: 01/23/2025)** |
| 01/23/2025 | 26 | ORDER granting 25 Motion for Esra A. Hudson to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Lewis J. Liman) (Text Only Order) (bmm) (Entered: 01/23/2025) |
| 01/23/2025 | 27 | LETTER addressed to Judge Lewis J. Liman from Kevin Fritz dated January 23, 2025 re: response to the letter dated January 21, 2025 from counsel for the Lively Parties concerning alleged extrajudicial statements. Document filed by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, Agency Group PR LLC, Jennifer Abel..(Fritz, Kevin) (Entered: 01/23/2025) |
| 01/23/2025 | 28 | MOTION for Bryan J. Freedman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30508042. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, Agency Group PR LLC, Jennifer Abel. (Attachments: # 1 Exhibit 1 - Certificate of Good Standing, # 2 Affidavit of Bryan J. Freedman, # 3 Proposed Order Admitting Bryan J. Freedman Pro Hac Vice).(Fritz, Kevin) (Entered: 01/23/2025) |
| 01/23/2025 | 29 | MOTION for Miles M. Cooley to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30508045. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Wayfarer Studios LLC, Justin Baldoni, |

| Date | # | Description |
|---|---|---|
| | | Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, Agency Group PR LLC, Jennifer Abel. (Attachments: # 1 Exhibit 1 - Certificate of Good Standing, # 2 Affidavit of Miles M. Cooley, # 3 Proposed Order for Admission Pro Hac Vice of Miles M. Cooley).(Fritz, Kevin) (Entered: 01/23/2025) |
| 01/23/2025 | 30 | MOTION for Theresa M. Troupson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30508058. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, Agency Group PR LLC, Jennifer Abel. (Attachments: # 1 Exhibit 1 - Certificate of Good Standing, # 2 Affidavit of Theresa M. Troupson, # 3 Proposed Order for Admission Pro Hac Vice of Theresa M. Troupson).(Fritz, Kevin) (Entered: 01/23/2025) |
| 01/23/2025 | 31 | MOTION for Summer E. Benson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30508073. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, Agency Group PR LLC, Jennifer Abel. (Attachments: # 1 Exhibit 1 - Certificate of Good Standing, # 2 Affidavit of Summer E. Benson, # 3 Proposed Order for Admission Pro Hac Vice of Summer E. Benson).(Fritz, Kevin) (Entered: 01/23/2025) |
| 01/24/2025 | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 28 MOTION for Bryan J. Freedman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30508042. **Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 01/24/2025) |
| 01/24/2025 | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 29 MOTION for Miles M. Cooley to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30508045. **Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 01/24/2025) |
| 01/24/2025 | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 30 MOTION for Theresa M. Troupson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30508058. **Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 01/24/2025) |
| 01/24/2025 | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 31 MOTION for Summer E. Benson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30508073. **Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 01/24/2025) |
| 01/24/2025 | 32 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Other Affiliate M&M Films, Inc., Other Affiliate Spring Green Media Capital LLC for Wayfarer Studios LLC. Document filed by Wayfarer Studios LLC..(Sunshine, Jason) (Entered: 01/24/2025) |
| 01/24/2025 | 33 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Other Affiliate Wayfarer Studios LLC for It Ends With Us Movie LLC. Document filed by It Ends With Us Movie LLC..(Sunshine, Jason) (Entered: 01/24/2025) |

| | | |
|---|---|---|
| 01/24/2025 | 34 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent HYBE America Inc. for Agency Group PR LLC. Document filed by Agency Group PR LLC..(Sunshine, Jason) (Entered: 01/24/2025) |
| 01/24/2025 | 35 | ANSWER to 1 Complaint, with JURY DEMAND. Document filed by Wayfarer Studios LLC..(Sunshine, Jason) (Entered: 01/24/2025) |
| 01/24/2025 | 36 | ANSWER to 1 Complaint, with JURY DEMAND. Document filed by It Ends With Us Movie LLC..(Sunshine, Jason) (Entered: 01/24/2025) |
| 01/24/2025 | 37 | ANSWER to 1 Complaint, with JURY DEMAND. Document filed by Agency Group PR LLC..(Sunshine, Jason) (Entered: 01/24/2025) |
| 01/24/2025 | 38 | LETTER addressed to Judge Lewis J. Liman from Esra Hudson on behalf of Blake Lively dated 1/24/2025 re: ECF No. 27. Document filed by Blake Lively..(Hudson, Esra) (Entered: 01/24/2025) |
| 01/27/2025 | 39 | ORDER granting 28 Motion for Bryan J. Freedman to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Lewis J. Liman) (Text Only Order) (bmm) (Entered: 01/27/2025) |
| 01/27/2025 | 40 | ORDER granting 29 Motion for Miles M. Cooley to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Lewis J. Liman) (Text Only Order) (bmm) (Entered: 01/27/2025) |
| 01/27/2025 | 41 | ORDER granting 30 Motion for Theresa M. Troupson to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (bmm) (Entered: 01/27/2025) |
| 01/27/2025 | 42 | ORDER granting 31 Motion for Summer E. Benson to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Lewis J. Liman) (Text Only Order) (bmm) (Entered: 01/27/2025) |
| 01/27/2025 | 43 | LETTER MOTION for Conference RE: Mr. Freedman's Extrajudicial Conduct addressed to Judge Lewis J. Liman from Michael J. Gottlieb dated 1/27/2025. Document filed by Blake Lively..(Gottlieb, Michael) (Entered: 01/27/2025) |
| 01/27/2025 | 44 | ORDER granting 20 Letter Motion for Extension of Time to Answer. The motion for an extension is GRANTED as to the Wayfarer Parties who have not yet answered or otherwise responded to the complaint. SO ORDERED. Jennifer Abel answer due 3/20/2025; Agency Group PR LLC answer due 3/20/2025; Justin Baldoni answer due 3/20/2025; Jamey Heath answer due 3/20/2025; It Ends With Us Movie LLC answer due 3/20/2025; Melissa Nathan answer due 3/20/2025; Steve Sarowitz answer due 3/20/2025; Wayfarer Studios LLC answer due 3/20/2025. (Signed by Judge Lewis J. Liman on 1/27/2025) (mml) (Entered: 01/27/2025) |

| 01/27/2025 | 45 | ORDER: The initial pretrial conference currently scheduled for February 12, 2025, is rescheduled to February 3, 2025, at 11:00 a.m. in Courtroom 15C at the 500 Pearl Street Courthouse. The parties shall be prepared to address the letter motion regarding pretrial publicity and attorney conduct at the initial pretrial conference. See Dkt. Nos. 17, 27, 43. Pending responses to the order to show cause at Dkt. No. 37 in 25-cv-449, the Court plans to consolidate this matter with Wayfarer Studios LLC v. Lively et al., 25-cv-449, and set both matters for trial on March 9, 2026, at 9:30 a.m. By Thursday, January 30, 2025, the parties shall submit a case management plan with deadlines which would enable trial to occur on that date. SO ORDERED. (Signed by Judge Lewis J. Liman on 1/27/2025) Initial Conference set for 2/3/2025 at 11:00 AM in Courtroom 15C, 500 Pearl Street, New York, NY 10007 before Judge Lewis J. Liman. (ks) (Entered: 01/27/2025) |
| 01/28/2025 | 46 | ORDER OF AUTOMATIC REFERRAL TO MEDIATION (See M-10-468 Second Amended Standing Order), Please reference the Pilot Discovery Protocols, attached, and the Mediation Program Procedures (https://nysd.uscourts.gov/programs/mediation-adr). E-mail MediationOffice@nysd.uscourts.gov, telephone 212-805-0643. Mediator to be Assigned by 2/11/2025. (Signed by Judge Loretta A. Preska on 10/01/2015) (rpr) (Entered: 01/28/2025) |
| 01/30/2025 | 47 | ORDER: The above-captioned cases involve common questions of law and fact. For convenience, expedition, and judicial economy, and noting that no party has objected despite the opportunity to do so, the Court exercises its discretion to consolidate these cases into a single action. See Federal Rule of Civil Procedure 42(a)(2). The Clerk of Court is directed to consolidate all cases listed above under case number 24-cv-10049, and to close all other cases. Counsel are directed to make filings only under case number 24-cv-10049-LJL, 1:25-cv-00449-LJL. SO ORDERED. (Signed by Judge Lewis J. Liman on 1/30/2025) Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL (ks) (Entered: 01/30/2025) |
| 01/30/2025 | 48 | LETTER addressed to Judge Lewis J. Liman from Kevin A. Fritz, Esq. dated January 30, 2025 re: Blake Livelys Deposition. Document filed by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, Agency Group PR LLC, Jennifer Abel..(Fritz, Kevin) (Entered: 01/30/2025) |
| 01/30/2025 | 49 | JOINT LETTER addressed to Judge Lewis J. Liman from Michael J. Gottlieb dated January 30, 2025 re: Joint Proposed Case Management Plan. Document filed by Ryan Reynolds, Blake Lively. (Attachments: # 1 Exhibit Proposed Order).(Gottlieb, Michael) (Entered: 01/30/2025) |
| 01/31/2025 | 50 | FIRST AMENDED COMPLAINT amending 1 Complaint, against Blake Lively, Ryan Reynolds, Leslie Sloane, Vision PR, Inc., The New York Times Company with JURY DEMAND.Document filed by Jamey Heath, Justin Baldoni, It Ends With Us Movie LLC, Jennifer Abel, Melissa Nathan, Wayfarer Studios LLC, Steve Sarowitz. Related document: 1 Complaint,.(Attachments: # 1 Exhibit Timeline of Relevant Events).(Sunshine, Jason) Modified on 2/3/2025 (gp). (Entered: 01/31/2025) |
| 02/02/2025 | 51 | NOTICE OF APPEARANCE by Sigrid S. McCawley on behalf of Leslie Sloane, Vision PR, Inc...(McCawley, Sigrid) (Entered: 02/02/2025) |
| 02/02/2025 | 52 | NOTICE OF APPEARANCE by Andrew Villacastin on behalf of Leslie Sloane, Vision PR, Inc...(Villacastin, Andrew) (Entered: 02/02/2025) |
| 02/02/2025 | 53 | NOTICE OF APPEARANCE by Lindsey Ruff on behalf of Leslie Sloane, Vision PR, Inc...(Ruff, Lindsey) (Entered: 02/02/2025) |

| Date | # | Description |
|---|---|---|
| 02/03/2025 | 54 | NOTICE OF APPEARANCE by Aaron E Nathan on behalf of Blake Lively, Ryan Reynolds..(Nathan, Aaron) (Entered: 02/03/2025) |
| 02/03/2025 | 55 | MOTION for Meryl C. Governski to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30553946. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Blake Lively, Ryan Reynolds. (Attachments: # 1 Affidavit in Support by Meryl C. Governski, # 2 Exhibit A - DC Certificate of Good Standing, # 3 Exhibit B - Maryland Certificate of Good Standing, # 4 Proposed Order Granting Admission to Practice Pro Hac Vice).(Governski, Meryl) (Entered: 02/03/2025) |
| 02/03/2025 |  | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 55 MOTION for Meryl C. Governski to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30553946. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc) (Entered: 02/03/2025) |
| 02/03/2025 | 56 | FILING ERROR - DEFICIENT PLEADING - SUMMONS REQUEST PDF ERROR - REQUEST FOR ISSUANCE OF SUMMONS as to The New York Times Company, re: 50 Amended Complaint, Document filed by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Jennifer Abel, Steve Sarowitz..(Fritz, Kevin) Modified on 2/4/2025 (pc). (Entered: 02/03/2025) |
| 02/03/2025 | 57 | ORDER: The parties shall submit a proposed protective order no later than March 11, 2025. If the parties are unable to agree on a proposed protective order, competing versions should be submitted by March 11, 2025, with legal authority. Motions to dismiss and motions to strike should be filed within the deadlines set out in the Federal Rules of Civil Procedure. Motions to strike should be made by formal motion pursuant to Rule 1.C of Judge Liman's Individual Practices in Civil Cases ("Individual Practices"). The parties shall follow Rule 2.1 of the Individual Practices regarding page limitations for briefs. By consent of the parties, Rule 3.6 of the New York Rules of Professional Conduct is adopted as an order of the Court applicable to all counsel of record. Breach of this Rule may be punished pursuant to Rule 16(f) of the Federal Rules of Civil Procedure or the Court's inherent power. See Munoz v. City of New York, 2013 WL 1953180, at *2 (S.D.N.Y. May 10, 2013). SO ORDERED. (Signed by Judge Lewis J. Liman on 2/3/2025) Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL (ks) (Entered: 02/03/2025) |
| 02/03/2025 | 58 | CASE MANAGEMENT PLAN AND SCHEDULING ORDER: All parties do not consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). This case is to be tried to a jury. Motions due by 11/5/2025. Deposition due by 10/15/2025. Fact Discovery due by 8/14/2025, with substantial completion of document production by July 1, 2025. Expert Discovery due by 10/15/2025. Discovery due by 10/15/2025. Status Conference set for 10/21/2025 at 10:00 AM before Judge Lewis J. Liman. Pretrial Order due by 1/23/2026. The parties have conferred and their present best estimate of the length of trial is 2 weeks (Lively/Reynolds parties), 2 weeks (Sloane/Vision PR Parties), 6 weeks (Wayfarer Parties). SO ORDERED (Signed by Judge Lewis J. Liman on 2/3/2025) Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL (ks) (Entered: 02/03/2025) |
| 02/03/2025 |  | Minute Entry for proceedings held before Judge Lewis J. Liman: Initial Pretrial Conference held on 2/3/2025. Michael Gottlieb, Kristin Bender, Esra Hudson, Stephanie Roeser, and Aaron Nathan present for Plaintiff/Counter-Defendants. Kristin Tahler and Nicholas Inns present for Plaintiffs Stephanie Jones and Jonesworks LLC. Brian Friedman, Summer Benson, Mitchell Schuster, and Kevin Fritz present for Defendants/Counter-Plaintiffs. David McCraw present for Consolidated |

| | | |
|---|---|---|
| 02/04/2025 | | Defendant The New York Times Company. Court reporter present. Case management plan entered as discussed at the conference. See Order issued by the Court. Post-Discovery Status Conference set for October 21, 2025 at 10:00AM in Courtroom 15C before Judge Lewis J. Liman. See Transcript. (mf) (Entered: 02/10/2025) |
| 02/04/2025 | 59 | ORDER granting 55 Motion for Meryl C. Governski to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (bmm) (Entered: 02/04/2025) |
| 02/04/2025 | 60 | NOTICE OF APPEARANCE by Meryl Conant Governski on behalf of Blake Lively, Ryan Reynolds..(Governski, Meryl) (Entered: 02/04/2025) |
| 02/04/2025 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Kevin A. Fritz to RE-FILE Document No. 56 Request for Issuance of Summons,. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the issuance of summons is not correct; incorrect case number;. Re-file the document using the event type Request for Issuance of Summons found under the event list Service of Process - select the correct filer/filers - and attach the correct summons form PDF. (pe) (Entered: 02/04/2025) |
| 02/05/2025 | 61 | REQUEST FOR ISSUANCE OF SUMMONS as to The New York Times Company, re: 50 Amended Complaint,. Document filed by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Jennifer Abel, Steve Sarowitz..(Fritz, Kevin) (Entered: 02/05/2025) |
| 02/06/2025 | 62 | ELECTRONIC SUMMONS ISSUED as to The New York Times Company..(pc) (Entered: 02/06/2025) |
| 02/07/2025 | 63 | TRANSCRIPT of Proceedings re: CONFERNECE held on 2/3/2025 before Judge Lewis J. Liman. Court Reporter/Transcriber: Samuel Mauro, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/28/2025. Redacted Transcript Deadline set for 3/10/2025. Release of Transcript Restriction set for 5/8/2025.Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(McGuirk, Kelly) (Entered: 02/07/2025) |
| 02/07/2025 | 64 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERNECE proceeding held on 2/3/2025 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL..(McGuirk, Kelly) (Entered: 02/07/2025) |
| 02/10/2025 | | NOTICE OF MEDIATOR ASSIGNMENT - Notice of assignment of mediator. Mediator Schedule due by 3/12/2025.(sge) (Entered: 02/10/2025) |
| 02/10/2025 | 65 | LETTER MOTION for Extension of Time to File addressed to Judge Lewis J. Liman from Michael J. Gottlieb dated February 10, 2025. Document filed by Blake Lively, Ryan Reynolds..(Gottlieb, Michael) (Entered: 02/10/2025) |

| Date | # | Description |
|---|---|---|
| 02/11/2025 | 66 | LETTER RESPONSE to Motion addressed to Judge Lewis J. Liman from Mitchell Schuster, Esq. dated February 11, 2025 re: 65 LETTER MOTION for Extension of Time to File addressed to Judge Lewis J. Liman from Michael J. Gottlieb dated February 10, 2025. . Document filed by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, Agency Group PR LLC, Jennifer Abel. (Attachments: # 1 Exhibit A - Petition).(Schuster, Mitchell) (Entered: 02/11/2025) |
| 02/11/2025 | 67 | ORDER granting in part and denying in part 65 Letter Motion for Extension of Time to File. The time to file an amended complaint is extended to February 17, 2025. The Lively parties have not offered good cause for any further extension. The time for the Lively parties to file a motion to dismiss is March 20, 2025. (HEREBY ORDERED by Judge Lewis J. Liman) (Text Only Order) (Liman, Lewis) (Entered: 02/11/2025) |
| 02/12/2025 | 68 | ORDER: As a clarification to the order at Dkt. No. 67, due to the holiday on February 17, 2025, Plaintiff's deadline to file an amended complaint is February 18, 2025. (HEREBY ORDERED by Judge Lewis J. Liman) (Text Only Order) (bmm) (Entered: 02/12/2025) |
| 02/13/2025 | 69 | JOINT LETTER MOTION for Discovery *Exemption from Mediation and Discovery Protocols* addressed to Judge Lewis J. Liman from Michael J. Gottlieb dated 2/13/2025. Document filed by Blake Lively, Ryan Reynolds..(Gottlieb, Michael) (Entered: 02/13/2025) |
| 02/13/2025 | 70 | ORDER granting (69) Letter Motion for Discovery in case 1:24-cv-10049-LJL. The motion for exemption from the mediation program and Pilot Discovery Protocols is GRANTED. SO ORDERED.. (Signed by Judge Lewis J. Liman on 2/13/2025) Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL (ks) Transmission to Mediation Clerk for processing. (Entered: 02/13/2025) |
| 02/13/2025 | 72 | NOTICE OF APPEARANCE by Katherine Mary Bolger on behalf of The New York Times Company. Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(Bolger, Katherine) (Entered: 02/13/2025) |
| 02/13/2025 | 73 | SUMMONS RETURNED EXECUTED Summons and Amended Complaint, served. The New York Times Company served on 2/7/2025, answer due 2/28/2025. Service was accepted by Registered Agent. Document filed by Jamey Heath; Justin Baldoni; It Ends With Us Movie LLC; Jennifer Abel; Steve Sarowitz; Melissa Nathan; Wayfarer Studios LLC. Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL..(Sunshine, Jason) (Entered: 02/13/2025) |
| 02/13/2025 | 74 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by The New York Times Company.Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL..(Bolger, Katherine) (Entered: 02/13/2025) |
| 02/14/2025 | 75 | LETTER MOTION for Discovery *Dispute concerning Subpoenas* addressed to Judge Lewis J. Liman from Mitchell Schuster, Esq. dated February 14, 2025. Document filed by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, Agency Group PR LLC, Jennifer Abel..(Schuster, Mitchell) (Entered: 02/14/2025) |
| 02/14/2025 | 76 | ***SELECTED PARTIES***REDACTION to 75 LETTER MOTION for Discovery *Dispute concerning Subpoenas* addressed to Judge Lewis J. Liman from Mitchell Schuster, Esq. dated February 14, 2025. *highlighted subpoena by All Parties Motion or Order to File Under Seal: 75* .(Schuster, Mitchell) (Entered: 02/14/2025) |

| Date | # | Description |
|---|---|---|
| 02/14/2025 | 77 | ***SELECTED PARTIES***REDACTION to 75 LETTER MOTION for Discovery Dispute concerning Subpoenas addressed to Judge Lewis J. Liman from Mitchell Schuster, Esq. dated February 14, 2025. *highlighted subpoena by All Parties* Motion or Order to File Under Seal: 75 .(Schuster, Mitchell) (Entered: 02/14/2025) |
| 02/14/2025 | 78 | ***SELECTED PARTIES***REDACTION to 75 LETTER MOTION for Discovery Dispute concerning Subpoenas addressed to Judge Lewis J. Liman from Mitchell Schuster, Esq. dated February 14, 2025. *highlighted subpoena by All Parties* Motion or Order to File Under Seal: 75 .(Schuster, Mitchell) (Entered: 02/14/2025) |
| 02/14/2025 | 79 | REDACTION to 75 LETTER MOTION for Discovery Dispute concerning Subpoenas addressed to Judge Lewis J. Liman from Mitchell Schuster, Esq. dated February 14, 2025. *AT&T Subpoena* by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, Agency Group PR LLC, Jennifer Abel.(Schuster, Mitchell) (Entered: 02/14/2025) |
| 02/14/2025 | 80 | REDACTION to 75 LETTER MOTION for Discovery Dispute concerning Subpoenas addressed to Judge Lewis J. Liman from Mitchell Schuster, Esq. dated February 14, 2025. *T-Mobile US Subpoena* by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, Agency Group PR LLC, Jennifer Abel.(Schuster, Mitchell) (Entered: 02/14/2025) |
| 02/14/2025 | 81 | REDACTION to 75 LETTER MOTION for Discovery Dispute concerning Subpoenas addressed to Judge Lewis J. Liman from Mitchell Schuster, Esq. dated February 14, 2025. *Verizon Subpoena* by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, Agency Group PR LLC, Jennifer Abel.(Schuster, Mitchell) (Entered: 02/14/2025) |
| 02/15/2025 | 82 | LETTER RESPONSE to Motion addressed to Judge Lewis J. Liman from Esra Hudson dated February 15, 2015 re: 75 LETTER MOTION for Discovery Dispute concerning Subpoenas addressed to Judge Lewis J. Liman from Mitchell Schuster, Esq. dated February 14, 2025. . Document filed by Blake Lively, Ryan Reynolds. (Attachments: # 1 Exhibit A - E-Mail dated Friday, February 14, 2025 2:01:41 PM, # 2 Exhibit B - E-Mail dated Friday, February 14, 2025 3:33:09 PM).(Hudson, Esra) (Entered: 02/15/2025) |
| 02/16/2025 | 83 | LETTER REPLY to Response to Motion addressed to Judge Lewis J. Liman from Mitchell Schuster, Esq. dated February 16, 2025 re: 75 LETTER MOTION for Discovery Dispute concerning Subpoenas addressed to Judge Lewis J. Liman from Mitchell Schuster, Esq. dated February 14, 2025. . Document filed by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, Agency Group PR LLC, Jennifer Abel..(Schuster, Mitchell) (Entered: 02/16/2025) |
| 02/18/2025 | 84 | AMENDED COMPLAINT amending 1 Complaint, against Jennifer Abel, Agency Group PR LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Steve Sarowitz, Wayfarer Studios LLC, Jed Wallace, Street Relations, Inc. with JURY DEMAND.Document filed by Blake Lively. Related document: 1 Complaint,. (Attachments: # 1 Exhibit A - Protections for Return to Production, # 2 Exhibit B - Contract Rider, # 3 Exhibit C - Marketing Plan, # 4 Exhibit D - Scenario Planning Document, # 5 Exhibit E - Letter to Investigation Counsel).(Hudson, Esra) (Entered: 02/19/2025) |
| 02/19/2025 | 85 | ORDER taking under advisement (75) Letter Motion for Discovery. The parties are directed to meet and confer and report back to the Court by Monday, February 24, 2025, whether the Court can deny the motion as moot or whether any dispute |

| Date | No. | Description |
|---|---|---|
| | | remains for the Courts decision. The Lively parties shall not move to enforce the subpoenas while the motion is pending. (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL. (bmm) (Entered: 02/19/2025) |
| 02/20/2025 | 86 | MOTION to Dismiss *First Amended Complaint.*, MOTION for Attorney Fees *and Costs.*, MOTION to Strike Document No. [50-1] . Document filed by Leslie Sloane, Vision PR, Inc...(McCawley, Sigrid) (Entered: 02/20/2025) |
| 02/20/2025 | 87 | MEMORANDUM OF LAW in Support re: 86 MOTION to Dismiss *First Amended Complaint.* MOTION for Attorney Fees *and Costs.* MOTION to Strike Document No. [50-1] . . Document filed by Leslie Sloane, Vision PR, Inc...(McCawley, Sigrid) (Entered: 02/20/2025) |
| 02/20/2025 | 88 | FILING ERROR - SUMMONS REQUEST FILER ERROR - REQUEST FOR ISSUANCE OF SUMMONS as to Jed Wallace, Street Relations Inc., re: 84 Amended Complaint,. Document filed by Blake Lively, Ryan Reynolds..(Gottlieb, Michael) Modified on 2/21/2025 (jgo). (Entered: 02/20/2025) |
| 02/20/2025 | 89 | JOINT LETTER addressed to Judge Lewis J. Liman from Michael J. Gottlieb dated February 20, 2025 re: Response to Court Order Regarding Proposed Protective Order 57. Document filed by Blake Lively, Ryan Reynolds. (Attachments: # 1 Exhibit A - Email Correspondence Between Parties Indicating Consent to Model Protective Order, # 2 Exhibit B - Proposed Protective Order, # 3 Exhibit C - Redline Comparison Between Proposed Protective Order and Model Protective Order).(Gottlieb, Michael) (Entered: 02/20/2025) |
| 02/20/2025 | 90 | PROPOSED PROTECTIVE ORDER. Document filed by Blake Lively, Ryan Reynolds..(Gottlieb, Michael) (Entered: 02/20/2025) |
| 02/21/2025 | 91 | ORDER: Any response to the motion for a protective order at Dkt. No. 89 shall be submitted by February 25, 2025. (HEREBY ORDERED by Judge Lewis J. Liman) (Text Only Order) (Entered: 02/21/2025) |
| 02/21/2025 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Michael Gottlieb to RE-FILE Document No. 88 Request for Issuance of Summons,. The filing is deficient for the following reason(s): the wrong filer/filers were selected for the request for issuance of summons,. Re-file the document using the event type Request for Issuance of Summons found under the event list Service of Process - select the correct filer/filers - and attach the correct summons form PDF. (jgo) (Entered: 02/21/2025) |
| 02/21/2025 | 92 | REQUEST FOR ISSUANCE OF SUMMONS as to Jed Wallace, Street Relations Inc., re: 84 Amended Complaint,. Document filed by Blake Lively..(Gottlieb, Michael) (Entered: 02/21/2025) |
| 02/24/2025 | 93 | LETTER MOTION for Discovery *Dispute concerning Subpoenas* addressed to Judge Lewis J. Liman from Mitchell Schuster, Esq. dated February 24, 2025. Document filed by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, Agency Group PR LLC, Jennifer Abel..(Schuster, Mitchell) (Entered: 02/24/2025) |
| 02/24/2025 | 94 | ELECTRONIC SUMMONS ISSUED as to Street Relations, Inc., Jed Wallace. (vf) (Entered: 02/24/2025) |
| 02/24/2025 | 95 | LETTER RESPONSE to Motion addressed to Judge Lewis J. Liman from Michael J. Gottlieb dated February 24, 2025 re: 93 LETTER MOTION for Discovery *Dispute concerning Subpoenas* addressed to Judge Lewis J. Liman from Mitchell Schuster, Esq. dated February 24, 2025. . Document filed by Blake Lively, Ryan Reynolds..(Gottlieb, Michael) (Entered: 02/24/2025) |

| Date | No. | Description |
|---|---|---|
| 02/25/2025 | 96 | RESPONSE re: 89 Letter, *Regarding Proposed Protective Order*. Document filed by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, Agency Group PR LLC, Jennifer Abel..(Schuster, Mitchell) (Entered: 02/25/2025) |
| 02/25/2025 | 97 | PROPOSED PROTECTIVE ORDER. Document filed by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Jennifer Abel, Steve Sarowitz, Wayfarer Studios LLC, It Ends With Us Movie LLC, Agency Group PR LLC..(Fritz, Kevin) (Entered: 02/25/2025) |
| 02/25/2025 | 98 | JOINT LETTER addressed to Judge Lewis J. Liman from Michael J. Gottlieb dated February 25, 2025 re: 89 Reply in Further Support of Request for Protective Order. Document filed by Blake Lively, Ryan Reynolds..(Gottlieb, Michael) (Entered: 02/25/2025) |
| 02/26/2025 | 99 | NOTICE OF APPEARANCE by Matthew F. Bruno on behalf of Blake Lively, Ryan Reynolds. Filed In Associated Cases: 1:24-cv-10449-LJL, 1:25-cv-00449-LJL..(Bruno, Matthew) (Entered: 02/26/2025) |
| 02/26/2025 | 100 | MOTION for Sam F. Cate-Gumpert to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC-30680593. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The New York Times Company. (Attachments: # 1 Affidavit of Sam Cate-Gumpert, # 2 Exhibit A - Certificate of Good Standing, # 3 Proposed Order for Admission of Sam Cate-Gumpert)Filed In Associated Cases: 1:24-cv-10449-LJL, 1:25-cv-00449-LJL..(Cate-Gumpert, Sam) (Entered: 02/26/2025) |
| 02/27/2025 |  | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (100 in 1:24-cv-10449-LJL, 61 in 1:25-cv-00449-LJL) MOTION for Sam F. Cate-Gumpert to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC-30680593. Motion and supporting papers to be reviewed by Clerk's Office staff. **The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:24-cv-10449-LJL, 1:25-cv-00449-LJL(rju) (Entered: 02/27/2025)** |
| 02/27/2025 | 101 | ORDER granting 100 Motion for Sam F. Cate-Gumpert to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (bmm) (Entered: 02/27/2025) |
| 02/28/2025 | 102 | MEMORANDUM AND ORDER granting in part and denying in part the (75) Letter Motion for Discovery; granting in part and denying in part (93) Letter Motion for Discovery in case 1:24-cv-10449-LJL. The motion to quash is GRANTED IN PART and DENIED IN PART. SO ORDERED. (Signed by Judge Lewis J. Liman on 2/28/25) Filed In Associated Cases: 1:24-cv-10449-LJL, 1:25-cv-00449-LJL. (yv) (Entered: 02/28/2025) |
| 02/28/2025 | 103 | LETTER MOTION for Discovery *Regarding Subpoenas* addressed to Judge Lewis J. Liman from Mitchell Schuster, Esq. dated February 28, 2025. Document filed by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, Agency Group PR LLC, Jennifer Abel..(Schuster, Mitchell) (Entered: 02/28/2025) |
| 02/28/2025 | 104 | MEMO ENDORSEMENT on re: (103 in 1:24-cv-10449-LJL) LETTER MOTION for Discovery *Regarding Subpoenas* addressed to Judge Lewis J. Liman from Mitchell Schuster, Esq. dated February 28, 2025. filed by Melissa Nathan, Jamey Heath, Justin Baldoni, It Ends With Us Movie LLC, Jennifer Abel, Agency Group PR LLC, Steve Sarowitz, Wayfarer Studios LLC, ENDORSEMENT: The Lively Parties shall respond by Tuesday, March 4, 2025. No action shall be taken to enforce the |

| Date | # | Description |
|---|---|---|
| | | Subpoenas while this motion is pending. SO ORDERED (Signed by Judge Lewis J. Liman on 2/28/2025) ( Responses due by 3/4/2025) Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL (ks) (Entered: 02/28/2025) |
| 02/28/2025 | 105 | MOTION to Dismiss *Plaintiffs' First Amended Complaint*. Document filed by The New York Times Company..(Bolger, Katherine) (Entered: 02/28/2025) |
| 02/28/2025 | 106 | MEMORANDUM OF LAW in Support re: 105 MOTION to Dismiss *Plaintiffs' First Amended Complaint*. . Document filed by The New York Times Company..(Bolger, Katherine) (Entered: 02/28/2025) |
| 02/28/2025 | 107 | DECLARATION of Katherine M. Bolger in Support re: 105 MOTION to Dismiss *Plaintiffs' First Amended Complaint*.. Document filed by The New York Times Company. (Attachments: # 1 Exhibit 1 - 'We Can Bury Anyone': Inside a Hollywood Smear Machine, # 2 Exhibit 2 - The Waging of an Alleged Smear Campaign Against Blake Lively, # 3 Exhibit 3 (Part 1) - California Civil Rights Department Complaint, # 4 Exhibit 3 (Part 2) - California Civil Rights Department Complaint, # 5 Exhibit 3 (Part 3) - California Civil Rights Department Complaint, # 6 Exhibit 3 (Part 4) - California Civil Rights Department Complaint, # 7 Exhibit 4 - Email Correspondence between Megan Twohey and Ms. Abel, # 8 Exhibit 5 - Email Correspondence from Ms. Twohey to Mr. Baldoni, # 9 Exhibit 6 - Email Correspondence from Ms. Twohey to Mr. Heath, # 10 Exhibit 7 - Email Correspondence from Ms. Twohey to Ms. Nathan, # 11 Exhibit 8 - Email Correspondence from Ms. Twohey to Mr. Sarowitz, # 12 Exhibit 9 - Email Correspondence from Ms. Twohey to Mr. Wallace).(Bolger, Katherine) (Entered: 02/28/2025) |
| 02/28/2025 | 108 | LETTER MOTION for Leave to File Hard Copy Materials on Flash Drive addressed to Judge Lewis J. Liman from Katherine M. Bolger dated February 28, 2025. Document filed by The New York Times Company..(Bolger, Katherine) (Entered: 02/28/2025) |
| 02/28/2025 | 109 | LETTER MOTION to Stay *Discovery* addressed to Judge Lewis J. Liman from Katherine M. Bolger dated February 28, 2025. Document filed by The New York Times Company..(Bolger, Katherine) (Entered: 02/28/2025) |
| 02/28/2025 | 110 | NOTICE OF APPEARANCE by Maxwell Kevin Breed on behalf of Katherine Case. Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(Breed, Maxwell) (Entered: 02/28/2025) |
| 02/28/2025 | 111 | LETTER MOTION for Discovery re: *Subpoenas* addressed to Judge Lewis J. Liman from Maxwell Breed, Esq. dated 2/28/2025. Document filed by Briana Butler Koslow, Katherine Case.Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL..(Breed, Maxwell) (Entered: 02/28/2025) |
| 02/28/2025 | 112 | NOTICE OF APPEARANCE by Daniel John Pohlman on behalf of Katherine Case, Briana Butler Koslow..(Pohlman, Daniel) (Entered: 02/28/2025) |
| 02/28/2025 | 113 | LETTER RESPONSE to Motion addressed to Judge Lewis J. Liman from Michael J. Gottlieb dated February 28, 2025 re: 103 LETTER MOTION for Discovery *Regarding Subpoenas* addressed to Judge Lewis J. Liman from Mitchell Schuster, Esq. dated February 28, 2025. . Document filed by Blake Lively..(Gottlieb, Michael) (Entered: 02/28/2025) |

| Date | # | Description |
|---|---|---|
| 03/03/2025 | 114 | ORDER denying as moot (103) Letter Motion for Discovery; denying as moot (111) Letter Motion for Discovery in case 1:24-cv-10049-LJL, denying as moot (65) Letter Motion for Discovery in case 1:25-cv-00449-LJL. Because the subpoenas have been withdrawn, the motions at Dkt. Nos. 103 and 111 are denied as moot. SO ORDERED. (Signed by Judge Lewis J. Liman on 3/3/2025) Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL. (ks) (Entered: 03/03/2025) |
| 03/03/2025 | 115 | ORDER granting (108) Letter Motion for Leave to File Document in case 1:24-cv-10049-LJL. The motion is granted. Defendant is directed to mail the flash drive to Judge Liman's chambers. SO ORDERED. (Signed by Judge Lewis J. Liman on 3/3/2025) Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL. (ks) (Entered: 03/03/2025) |
| 03/03/2025 | 116 | ORDER: The Court will hold a video conference via Microsoft Teams on the motion for a protective order at Dkt. No. 89 in 24-cv-10049 and the motion for a protective order at Dkt. No. 24 in 25-cv-779 on Thursday, March 6, 2025, at 10:00 a.m. The parties shall be provided instructions for hearing access via email. The Court will post an audio-only dial-in number on the docket for the public and press to access the hearing. SO ORDERED. (Signed by Judge Lewis J. Liman on 3/3/2025) Set Deadlines/Hearing as to (Motion Hearing set for 3/6/2025 at 10:00 AM before Judge Lewis J. Liman.) Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL (ks) (Entered: 03/03/2025) |
| 03/03/2025 | 117 | LETTER RESPONSE in Opposition to Motion addressed to Judge Lewis J. Liman from Mitchell Schuster, Esq. dated March 3, 2025 re: 109 LETTER MOTION to Stay Discovery addressed to Judge Lewis J. Liman from Katherine M. Bolger dated February 28, 2025. . Document filed by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, Agency Group PR LLC, Jennifer Abel..(Schuster, Mitchell) (Entered: 03/03/2025) |
| 03/04/2025 | 118 | MEMORANDUM & ORDER granting (109) Motion to Stay in case 1:24-cv-10049-LJL. Consolidated Defendant The New York Times Company ("NY Times") moves, pursuant to Federal Rule of Civil Procedure 26(c), for a stay of discovery as it relates to the NY Times pending a decision on its motion to dismiss. Dkt. No. 109. The motion is granted. As further set forth in this Order. Those issues will invariably be affected by the Court's decision on the motion to dismiss. Finally, the Wayfarer Parties are unlikely to be unfairly prejudiced by a stay while the Court decides the pending motion. The NY Times did not delay filing its motion; it filed the motion within 21 days of being served. The Court intends to address the motion to dismiss promptly after it is fully submitted. To the extent that the Wayfarer Parties are concerned about delay, they have it within their power to accelerate their contemplated further amended complaint or their opposition to the motion to dismiss. The Wayfarer Parties themselves suggest that discovery from the NY Times is unlikely to be voluminous. Dkt. No. 117 at 2. To the extent discovery is sought from the NY Times as a defendant, it can be requested if and when the Court denies the pending motion to dismiss. In the meantime, it is evident that the parties will be busy with document discovery from the other parties and with third party discovery. Depositions are not anticipated to begin soon. The Court hopes to decide the motion well before they do begin. The motion to stay discovery as it relates to the NY Times is GRANTED. The Clerk of Court is respectfully directed to close Dkt. No. 109. SO ORDERED.. (Signed by Judge Lewis J. Liman on 3/4/2025) Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL. (ks) Modified on 3/4/2025 (ks). (Entered: 03/04/2025) |
| 03/05/2025 | 119 | ORDER: The Public/Press may access tomorrow's hearing on the motion for a protective order via the Court's audio only teleconference line by dialing 855-244-8681 and using meeting number (access code) 23020853442. (HEREBY ORDERED by Judge Lewis J. Liman) (Text Only Order) (mf) (Entered: 03/05/2025) |
| 03/05/2025 | 120 | ORDER: CORRECTION TO PREVIOUS ORDER - CHANGE IN ACCESS CODE. The Public/Press should use the following dial-in information to access tomorrow's hearing. Dial into the Court's audio only teleconference line at 855-244- |

| | | |
|---|---|---|
| 03/06/2025 | | 8681 and use meeting number (access code) 23025128756. (HEREBY ORDERED by Judge Lewis J. Liman) (Text Only Order) (mf) (Entered: 03/05/2025) |
| 03/06/2025 | 121 | MEMORANDUM OF LAW in Opposition re: (86 in 1:24-cv-10049-LJL, 86 in 1:24-cv-10049-LJL, 86 in 1:24-cv-10049-LJL) MOTION to Dismiss *First Amended Complaint*. MOTION for Attorney Fees *and Costs*. MOTION to Strike Document No. [50-1] . . Document filed by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Jennifer Abel, Steve Sarowitz. Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(Sunshine, Jason) (Entered: 03/06/2025) |
| 03/06/2025 | | Minute Entry for proceedings held before Judge Lewis J. Liman: Oral Argument held on 3/6/2025 re: (24 in 1:25-cv-00779-LJL) Letter for Protective Order filed by Jonesworks LLC, Stephanie Jones, and (89 in 1:24-cv-10049-LJL) Letter for Protective Order filed by Blake Lively, Ryan Reynolds. Meryl Governski present by video for Plaintiff/Consolidated Defendants Blake Lively et al. Sigrid McCawley present by video for Consolidated Defendants Leslie Sloane and Vision PR, Inc. Bryan Freedman present by video for Defendants/Consolidated Plaintiffs Wayfarer Studios LLC et al. Nicholas Inns present by video for Plaintiffs Stephanie Jones and Jonesworks LLC. Katherine Bolger present by video for Consolidated Defendant The New York Times Company. Court reporter present. Order and Opinion to follow. See Transcript. (mf) (Entered: 03/17/2025) |
| 03/10/2025 | 122 | TRANSCRIPT of Proceedings re: ORAL ARGUMENT held on 3/6/2025 before Judge Lewis J. Liman. Court Reporter/Transcriber: Martha Martin, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/31/2025. Redacted Transcript Deadline set for 4/10/2025. Release of Transcript Restriction set for 6/9/2025.Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(McGuirk, Kelly) (Entered: 03/10/2025) |
| 03/10/2025 | 123 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a ORAL ARGUMENT proceeding held on 3/6/2025 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(McGuirk, Kelly) (Entered: 03/10/2025) |
| 03/13/2025 | 124 | MEMORANDUM AND ORDER. The motion for the entry of the Moving Parties' proposed protective order is GRANTED IN PART and DENIED IN PART. The Clerk of Court is respectfully directed to close Dkt. No. 89. (And as further set forth herein.) SO ORDERED. (Signed by Judge Lewis J. Liman on 3/13/2025) Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL. (jca) (Entered: 03/13/2025) |
| 03/13/2025 | 125 | PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material...SO ORDERED. (Signed by Judge Lewis J. Liman on 3/13/2025) Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL. (jca) (Entered: 03/13/2025) |
| 03/13/2025 | 126 | REPLY MEMORANDUM OF LAW in Support re: 86 MOTION to Dismiss *First Amended Complaint*. MOTION for Attorney Fees *and Costs*. MOTION to Strike Document No. [50-1] . . Document filed by Leslie Sloane, Vision PR, Inc...(McCawley, Sigrid) (Entered: 03/13/2025) |

| | | |
|---|---|---|
| 03/14/2025 | 127 | MEMORANDUM OF LAW in Opposition re: (105 in 1:24-cv-10049-LJL) MOTION to Dismiss *Plaintiffs' First Amended Complaint.*. Document filed by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Jennifer Abel, Steve Sarowitz. Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(Sunshine, Jason) (Entered: 03/14/2025) |
| 03/14/2025 | 128 | DECLARATION of Jason Sunshine in Opposition re: (105 in 1:24-cv-10049-LJL) MOTION to Dismiss *Plaintiffs' First Amended Complaint.*. Document filed by Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Jennifer Abel, Steve Sarowitz. (Attachments: # 1 Exhibit New York Times Video - "The Waging of an Alleged Smear Campaign Against Blake Lively")Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(Sunshine, Jason) (Entered: 03/14/2025) |
| 03/17/2025 | 129 | LETTER MOTION to Stay *Discovery* addressed to Judge Lewis J. Liman from Sigrid S. McCawley dated March 17, 2025. Document filed by Leslie Sloane, Vision PR, Inc...(McCawley, Sigrid) (Entered: 03/17/2025) |
| 03/18/2025 | 130 | NOTICE OF APPEARANCE by Bryan J Freedman on behalf of Jennifer Abel, Agency Group PR LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, It Ends With Us Movie LLC, Melissa Nathan, Steve Sarowitz, Wayfarer Studios LLC, Wayfarer Studios LLC. Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(Freedman, Bryan) (Entered: 03/18/2025) |
| 03/18/2025 | 131 | NOTICE OF APPEARANCE by Theresa Troupson on behalf of Jennifer Abel, Agency Group PR LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, It Ends With Us Movie LLC, Melissa Nathan, Steve Sarowitz, Wayfarer Studios LLC, Wayfarer Studios LLC. Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(Troupson, Theresa) (Entered: 03/18/2025) |
| 03/18/2025 | 132 | MOTION to Dismiss *the Amended Complaint (ECF No. 50)*. Document filed by Ryan Reynolds..(Gottlieb, Michael) (Entered: 03/18/2025) |
| 03/18/2025 | 133 | MEMORANDUM OF LAW in Support re: 132 MOTION to Dismiss *the Amended Complaint (ECF No. 50)*. . Document filed by Ryan Reynolds..(Gottlieb, Michael) (Entered: 03/18/2025) |
| 03/18/2025 | 134 | NOTICE OF APPEARANCE by Stacey Michelle Ashby on behalf of Jennifer Abel, Agency Group PR LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Steve Sarowitz, Wayfarer Studios LLC. Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(Ashby, Stacey) (Entered: 03/18/2025) |
| 03/19/2025 | 135 | LETTER RESPONSE in Opposition to Motion addressed to Judge Lewis J. Liman from Mitchell Schuster, Esq. dated March 19, 2025 re: 129 LETTER MOTION to Stay *Discovery* addressed to Judge Lewis J. Liman from Sigrid S. McCawley dated March 17, 2025.. Document filed by Jennifer Abel, Agency Group PR LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Steve Sarowitz, Wayfarer Studios LLC.(Schuster, Mitchell) (Entered: 03/19/2025) |
| 03/19/2025 | 136 | NOTICE OF APPEARANCE by Charles L. Babcock, IV on behalf of Street Relations, Inc., Jed Wallace..(Babcock, Charles) (Entered: 03/19/2025) |
| 03/19/2025 | 137 | NOTICE OF APPEARANCE by Joel Glover on behalf of Street Relations, Inc., Jed Wallace..(Glover, Joel) (Entered: 03/19/2025) |

| Date | # | Description |
|---|---|---|
| 03/19/2025 | 138 | LETTER MOTION to Seal addressed to Judge Lewis J. Liman from Charles L. Babcock dated March 19, 2025. Document filed by Street Relations, Inc., Jed Wallace..(Babcock, Charles) (Entered: 03/19/2025) |
| 03/19/2025 | 139 | NOTICE of Motion to Dismiss. Document filed by Street Relations, Inc., Jed Wallace..(Babcock, Charles) (Entered: 03/19/2025) |
| 03/19/2025 | 140 | NOTICE OF APPEARANCE by Summer Benson on behalf of Jennifer Abel, Agency Group PR LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, It Ends With Us Movie LLC, Melissa Nathan, Steve Sarowitz, Wayfarer Studios LLC, Wayfarer Studios LLC. Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(Benson, Summer) (Entered: 03/19/2025) |
| 03/19/2025 | 141 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 138 LETTER MOTION to Seal addressed to Judge Lewis J. Liman from Charles L. Babcock dated March 19, 2025. . Document filed by Jed Wallace, Street Relations, Inc.. (Attachments: # 1 Exhibit A - Declaration, # 2 Exhibit A-1, # 3 Exhibit A-2, # 4 Exhibit A-3, # 5 Exhibit A-4, # 6 Exhibit A-5, # 7 Exhibit A-6)Motion or Order to File Under Seal: 138 .(Babcock, Charles) (Entered: 03/19/2025) |
| 03/19/2025 | 142 | MEMORANDUM OF LAW in Support re: 138 LETTER MOTION to Seal addressed to Judge Lewis J. Liman from Charles L. Babcock dated March 19, 2025. *REDACTED*. Document filed by Street Relations, Inc.. Jed Wallace. (Attachments: # 1 Exhibit A - Declaration, # 2 Exhibit A-1, # 3 Exhibit A-2, # 4 Exhibit A-3, # 5 Exhibit A-4, # 6 Exhibit A-5, # 7 Exhibit A-6). (Babcock, Charles) (Entered: 03/19/2025) |
| 03/19/2025 | 143 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Street Relations, Inc... (Babcock, Charles) (Entered: 03/19/2025) |
| 03/20/2025 | 144 | MOTION to Dismiss *the Amended Complaint and for Related Relief (ECF No. 50)*. Document filed by Blake Lively..(Hudson, Esra) (Entered: 03/20/2025) |
| 03/20/2025 | 145 | MEMORANDUM OF LAW in Support re: 144 MOTION to Dismiss *the Amended Complaint and for Related Relief (ECF No. 50)*. . Document filed by Blake Lively..(Hudson, Esra) (Entered: 03/20/2025) |
| 03/20/2025 | 146 | DECLARATION of Esra A. Hudson in Support re: 144 MOTION to Dismiss *the Amended Complaint and for Related Relief (ECF No. 50)*.. Document filed by Blake Lively. (Attachments: # 1 Exhibit 1 - Legislative History).(Hudson, Esra) (Entered: 03/20/2025) |
| 03/20/2025 | 147 | ANSWER to 84 Amended Complaint., with JURY DEMAND. Document filed by Justin Baldoni..(Sunshine, Jason) (Entered: 03/20/2025) |
| 03/20/2025 | 148 | ANSWER to 84 Amended Complaint., with JURY DEMAND. Document filed by Wayfarer Studios LLC..(Sunshine, Jason) (Entered: 03/20/2025) |
| 03/20/2025 | 149 | ANSWER to 84 Amended Complaint., with JURY DEMAND. Document filed by It Ends With Us Movie LLC..(Sunshine, Jason) (Entered: 03/20/2025) |
| 03/20/2025 | 150 | ANSWER to 84 Amended Complaint., with JURY DEMAND. Document filed by Jamey Heath..(Sunshine, Jason) (Entered: 03/20/2025) |

| Date | # | Description |
|---|---|---|
| 03/20/2025 | 151 | ANSWER to 84 Amended Complaint, with JURY DEMAND. Document filed by Steve Sarowitz..(Sunshine, Jason) (Entered: 03/20/2025) |
| 03/20/2025 | 152 | ANSWER to 84 Amended Complaint, with JURY DEMAND. Document filed by Agency Group PR LLC..(Sunshine, Jason) (Entered: 03/20/2025) |
| 03/20/2025 | 153 | ANSWER to 84 Amended Complaint, with JURY DEMAND. Document filed by Melissa Nathan..(Sunshine, Jason) (Entered: 03/20/2025) |
| 03/20/2025 | 154 | ANSWER to 84 Amended Complaint, with JURY DEMAND, THIRD PARTY COMPLAINT against Jonesworks LLC. Document filed by Jennifer Abel..(Sunshine, Jason) (Entered: 03/20/2025) |
| 03/20/2025 | 155 | REQUEST FOR ISSUANCE OF SUMMONS as to Jonesworks LLC, re: (154 in 1:24-cv-10049-LJL, 154 in 1:24-cv-10049-LJL) Answer to Amended Complaint, Third Party Complaint. Document filed by Jennifer Abel. Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL..(Sunshine, Jason) (Entered: 03/20/2025) |
| 03/21/2025 | 156 | ORDER denying 129 Letter Motion to Stay. The motion for a stay of discovery is denied. See, e.g., Robbins v. Candy Digital Inc., 2024 WL 2221362, at *1 (S.D.N.Y. May 15, 2024) (denying motion to stay discovery). To the extent that the discovery requests exceed the bounds of what is permitted under Federal Rule of Civil Procedure 26, the Sloane Parties may move for a protective order. SO ORDERED. (Signed by Judge Lewis J. Liman on 3/21/2025) (tg) Modified on 3/21/2025 (tg). (Entered: 03/21/2025) |
| 03/21/2025 | 157 | ELECTRONIC SUMMONS ISSUED as to Jonesworks LLC. (jj) (Entered: 03/21/2025) |
| 03/21/2025 | 158 | REPLY MEMORANDUM OF LAW in Support re: 105 MOTION to Dismiss *Plaintiffs' First Amended Complaint.* . Document filed by The New York Times Company..(Bolger, Katherine) (Entered: 03/21/2025) |
| 03/25/2025 | 159 | SUMMONS RETURNED EXECUTED Summons and Answer to Amended Complaint, Third Party Complaint served. Jonesworks LLC served on 3/24/2025, answer due 4/14/2025. Service was accepted by United Corporate Services, Inc. - Agent for Service. Document filed by Jennifer Abel..(Sunshine, Jason) (Entered: 03/25/2025) |
| 04/01/2025 | 160 | MEMORANDUM OF LAW in Opposition re: (132 in 1:24-cv-10049-LJL) MOTION to Dismiss *the Amended Complaint (ECF No. 50).* . Document filed by Jennifer Abel, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Steve Sarowitz, Wayfarer Studios LLC. Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL..(Sunshine, Jason) (Entered: 04/01/2025) |
| 04/02/2025 | 161 | MEMORANDUM OF LAW in Opposition re: 139 Notice (Other) *(Memorandum of Law in Opposition to Jed Wallace and Street Relations, Inc.'s Motion to Dismiss the Amended Complaint).* Document filed by Blake Lively..(Gottlieb, Michael) (Entered: 04/02/2025) |
| 04/03/2025 | 162 | MEMORANDUM OF LAW in Opposition re: (144 in 1:24-cv-10049-LJL) MOTION to Dismiss *the Amended Complaint and for Related Relief (ECF No. 50).* . Document filed by Jennifer Abel, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Steve Sarowitz, Wayfarer Studios LLC. Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL..(Sunshine, Jason) (Entered: 04/03/2025) |

| | | |
|---|---|---|
| 04/04/2025 | 163 | LETTER addressed to Judge Lewis J. Liman from Samuel D. Levy dated 04/04/25 re: Protective Order. Document filed by Family Hive LLC, GIVE BACK BEAUTY INTERNATIONAL LLC.Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL..(Levy, Samuel) (Entered: 04/04/2025) |
| 04/08/2025 | 164 | NOTICE OF APPEARANCE by Maaren Alia Shah on behalf of Jonesworks LLC..(Shah, Maaren) (Entered: 04/08/2025) |
| 04/08/2025 | 165 | NOTICE OF APPEARANCE by Kristin Tahler on behalf of Jonesworks LLC..(Tahler, Kristin) (Entered: 04/08/2025) |
| 04/08/2025 | 166 | REPLY to Response to Motion re: 132 MOTION to Dismiss the Amended Complaint (ECF No. 50). . Document filed by Ryan Reynolds..(Gottlieb, Michael) (Entered: 04/08/2025) |
| 04/09/2025 | 167 | MOTION for Nicholas Inns to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30903023. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Jonesworks LLC. (Attachments: # 1 Affidavit Declaration of Nicholas Inns, # 2 Exhibit A - Certificate of Good Standing - MA, # 3 Exhibit B - Certificate of Good Standing - DC, # 4 Proposed Order for Admission Pro Hac Vice).(Inns, Nicholas) (Entered: 04/09/2025) |
| 04/09/2025 | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 167 MOTION for Nicholas Inns to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number ANYSDC-30903023. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju) (Entered: 04/09/2025) |
| 04/09/2025 | 168 | LETTER MOTION for Extension of Time for all parties to: (a) respond to the interrogatories served by their respective adversaries; and (b) move to amend their pleadings or to join other parties addressed to Judge Lewis J. Liman from Kevin Fritz dated April 9, 2025. Document filed by Jennifer Abel, Agency Group PR LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Steve Sarowitz, Wayfarer Studios LLC..(Fritz, Kevin) (Entered: 04/09/2025) |
| 04/09/2025 | 169 | ORDER taking under advisement 168 Motion for Extension of Time. Responses must be filed no later than 4pm on April 11, 2025. (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (Liman, Lewis) (Entered: 04/09/2025) |
| 04/09/2025 | 170 | REPLY MEMORANDUM OF LAW in Support re: 138 LETTER MOTION to Seal addressed to Judge Lewis J. Liman from Charles L. Babcock dated March 19, 2025. . Document filed by Street Relations, Inc., Jed Wallace..(Babcock, Charles) (Entered: 04/09/2025) |
| 04/10/2025 | 171 | ORDER granting 167 Motion for Nicholas Inns to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Lewis J. Liman) (Text Only Order) (bmm) (Entered: 04/10/2025) |
| 04/10/2025 | 172 | REPLY MEMORANDUM OF LAW in Support re: 144 MOTION to Dismiss the Amended Complaint and for Related Relief (ECF No. 50). . Document filed by Blake Lively..(Hudson, Esra) (Entered: 04/10/2025) |
| 04/10/2025 | 173 | LETTER RESPONSE in Opposition to Motion addressed to Judge Lewis J. Liman from Michael J. Gottlieb dated April 10, 2025 re: 168 LETTER MOTION for Extension of Time for all parties to: (a) respond to the interrogatories served by their respective adversaries; and (b) move to amend their pleadings or to join other parties addressed to Judge Lewis J. Liman from Kevin Fri. Document filed by Blake Lively, Ryan Reynolds..(Gottlieb, Michael) (Entered: 04/10/2025) |

| Date | # | Description |
|---|---|---|
| 04/11/2025 | 174 | LETTER RESPONSE in Opposition to Motion addressed to Judge Lewis J. Liman from Sigrid S. McCawley dated April 11, 2025 re: 168 LETTER MOTION for Extension of Time *for all parties to: (a) respond to the interrogatories served by their respective adversaries; and (b) move to amend their pleadings or to join other parties* addressed to Judge Lewis J. Liman from Kevin Fri. Document filed by Leslie Sloane, Vision PR, Inc.. (Attachments: # 1 Exhibit A March 14, 2025 Interrogatories from Leslie Sloane to the Wayfarer Parties, # 2 Exhibit B March 14, 2025 Interrogatories from Vision PR, Inc. to the Wayfarer Parties).(McCawley, Sigrid) (Entered: 04/11/2025) |
| 04/11/2025 | 175 | ORDER denying (168) Motion for Extension of Time in case 1:24-cv-10049-LJL. The motion is denied for failure to show good cause. See Furry Puppet Studio Inc. v. Fall Out Boy, 2020 WL 4978080, at *12 (S.D.N.Y. Feb. 24, 2020). The Wayfarer Parties have now been aware of what the opposing parties contend are flaws in their operative complaint for several weeks, and the deadline to move to amend is not until April 18, 2025. The Clerk of Court is respectfully directed to close Dkt. No. 168. SO ORDERED.. (Signed by Judge Lewis J. Liman on 4/11/2025) Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL (ks) (Entered: 04/11/2025) |
| 04/14/2025 | 176 | MOTION to Dismiss *Third-Party Complaint seeking indemnification*. Document filed by Jonesworks LLC..(Tahler, Kristin) (Entered: 04/14/2025) |
| 04/14/2025 | 177 | MEMORANDUM OF LAW in Support re: 176 MOTION to Dismiss *Third-Party Complaint seeking indemnification*. . Document filed by Jonesworks LLC..(Tahler, Kristin) (Entered: 04/14/2025) |
| 04/15/2025 | 178 | LETTER addressed to Judge Lewis J. Liman from Kevin Fritz dated April 15, 2025 re: Amendment of Pleading. Document filed by Jennifer Abel, Agency Group PR LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Steve Sarowitz, Wayfarer Studios LLC..(Fritz, Kevin) (Entered: 04/15/2025) |
| 04/22/2025 | 179 | MOTION for Laura Lee Prather to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30965832. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Blake Lively. (Attachments: # 1 Affidavit in Support of Motion for Admission of L. Prather Pro Hac Vice, # 2 Exhibit Certificates of Good Standing, # 3 Proposed Order Granting Motion for Admission Pro Hac Vice of L. Prather).(Prather, Laura) (Entered: 04/22/2025) |
| 04/22/2025 | 180 | NOTICE OF APPEARANCE by Michael Lambert on behalf of Blake Lively..(Lambert, Michael) (Entered: 04/22/2025) |
| 04/22/2025 | | >>>**NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 179 MOTION for Laura Lee Prather to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30965832. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 04/22/2025) |
| 04/22/2025 | 181 | MOTION for MITRA AHOURAIAN to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30967695. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, It Ends With Us Movie LLC, Steve Sarowitz, Wayfarer Studios LLC, Wayfarer Studios LLC. (Attachments: # 1 Exhibit 1 - Certificate of Good Standing, # 2 Affidavit of Mitra Ahouraian, # 3 Proposed Order for Admission Pro Hac Vice).(Ahouraian, Mitra) (Entered: 04/22/2025) |
| 04/22/2025 | | >>>**NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 181 MOTION for MITRA AHOURAIAN to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-30967695. Motion and** |

| Date | No. | Description |
|---|---|---|
| | | supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (bc) (Entered: 04/22/2025) |
| 04/23/2025 | 182 | ORDER granting 179 Motion for Laura Lee Prather to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Lewis J. Liman) (Text Only Order) (bmm) (Entered: 04/23/2025) |
| 04/23/2025 | 183 | ORDER granting 181 Motion for Mitra Ahouraian to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Lewis J. Liman) (Text Only Order) (bmm) (Entered: 04/23/2025) |
| 04/23/2025 | 184 | NOTICE OF APPEARANCE by Danielle Lazarus on behalf of Jonesworks LLC..(Lazarus, Danielle) (Entered: 04/23/2025) |
| 04/25/2025 | 185 | NOTICE OF APPEARANCE by Mitra Ahouraian on behalf of Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, It Ends With Us Movie LLC, Steve Sarowitz, Wayfarer Studios LLC, Wayfarer Studios LLC..(Ahouraian, Mitra) (Entered: 04/25/2025) |
| 04/25/2025 | 186 | THIRD PARTY LETTER MOTION for Discovery to Quash Subpoena addressed to Judge Lewis J. Liman from Jacob D. Albertson dated April 25, 2025. Document filed by Marvel Entertainment, LLC.Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL..(Albertson, Jacob) (Entered: 04/25/2025) |
| 04/28/2025 | 187 | AMENDED ANSWER to (154 in 1:24-cv-10049-LJL, 154 in 1:24-cv-10049-LJL) Answer to Amended Complaint, Third Party Complaint with JURY DEMAND. Document filed by Jennifer Abel. Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(Sunshine, Jason) (Entered: 04/28/2025) |
| 04/28/2025 | 188 | LETTER RESPONSE in Opposition to Motion addressed to Judge Lewis J. Liman from Mitchel Schuster dated April 28, 2025 re: (186 in 1:24-cv-10049-LJL, 86 in 1:25-cv-00449-LJL) THIRD PARTY LETTER MOTION for Discovery to Quash Subpoena addressed to Judge Lewis J. Liman from Jacob D. Albertson dated April 25, 2025. . Document filed by Jennifer Abel, Agency Group PR LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Steve Sarowitz, Wayfarer Studios LLC. Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(Schuster, Mitchell) (Entered: 04/28/2025) |
| 04/30/2025 | 189 | LETTER MOTION to Seal Exhibit A to the Sloane Parties' motion to compel addressed to Judge Lewis J. Liman from Sigrid S. McCawley dated April 30, 2025. Document filed by Leslie Sloane, Vision PR, Inc...(McCawley, Sigrid) (Entered: 04/30/2025) |
| 04/30/2025 | 190 | LETTER MOTION to Compel Wayfarer Parties to respond to interrogatories 3, 4, 5, and 7 and request for production no. 32 addressed to Judge Lewis J. Liman from Sigrid S. McCawley dated April 30, 2025. Document filed by Leslie Sloane, Vision PR, Inc. (Attachments: # 1 Exhibit A- Slipsheet, # 2 Exhibit B- J. Baldoni's R&Os to Sloane Parties' RFPs, # 2 Exhibit C- Superior Court of California Complaint).(McCawley, Sigrid) (Entered: 04/30/2025) |
| 04/30/2025 | 191 | ***SELECTED PARTIES*** LETTER MOTION to Compel Wayfarer Parties to respond to interrogatories 3, 4, 5, and 7 and request for production no. 32 addressed to Judge Lewis J. Liman from Sigrid S. McCawley dated April 30, 2025. Document filed by Vision PR, Inc., Leslie Sloane, Jennifer Abel, Agency Group PR LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, It Ends With Us Movie LLC, Blake Lively, Melissa Nathan, Ryan Reynolds, Steve Sarowitz, Street Relations, Inc., The New York Times Company, Jed Wallace, Wayfarer Studios LLC, Wayfarer Studios LLC. (Attachments: # 1 Exhibit A- J. Baldoni's R&Os to Sloane Parties' Interrogatories, # 2 Exhibit B- J. Baldoni's R&Os to Sloane Parties' RFPs, # 2 Exhibit |

| Date | # | Description |
|---|---|---|
| | | C- Superior Court of California Complaint)Motion or Order to File Under Seal: 189 (McCawley, Sigrid) (Entered: 04/30/2025) |
| 05/01/2025 | 192 | ORDER denying as moot 176 Motion to Dismiss. Defendant has filed an amended answer and third-party complaint. Dkt. No. 187. Accordingly, the motion to dismiss the third-party complaint is denied as moot. Jonesworks may choose to answer the amended third-party complaint or file a new motion to dismiss in accordance with section 3(C) of the Court's Individual Practices in Civil Cases. (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (bmm) (Entered: 05/01/2025) |
| 05/02/2025 | 193 | LETTER RESPONSE in Opposition to Motion addressed to Judge Lewis J. Liman from Mitchel Schuster dated May 2, 2025 re: 190 LETTER MOTION to Compel Wayfarer Parties to respond to interrogatories 3, 4, 5, and 7 and request for production no. 32 addressed to Judge Lewis J. Liman from Sigrid S. McCawley dated April 30, 2025. . Document filed by Jennifer Abel, Agency Group PR LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Steve Sarowitz, Wayfarer Studios LLC..(Schuster, Mitchell) (Entered: 05/02/2025) |
| 05/05/2025 | 194 | MOTION for Adam Levin to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC-31030783. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Marvel Entertainment, LLC. (Attachments: # 1 Affidavit of Adam Levin in Support of Motion to Appear Pro Hac Vice, # 2 Exhibit Certificate of Good Standing from Supreme Court of California, # 3 Proposed Order for Admission Pro Hac Vice)Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(Levin, Adam) (Entered: 05/05/2025) |
| 05/05/2025 | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (194 in 1:24-cv-10049-LJL, 89 in 1:25-cv-00449-LJL) MOTION for Adam Levin to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC-31030783. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(rju) (Entered: 05/05/2025) |
| 05/06/2025 | 195 | ORDER granting 194 Motion for Adam Levin to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (bmm) (Entered: 05/06/2025) |
| 05/07/2025 | 196 | LETTER addressed to Judge Lewis J. Liman from Sigrid S. McCawley dated May 7, 2025 re: Unsealing ECF 191. Document filed by Leslie Sloane, Vision PR, Inc...(McCawley, Sigrid) (Entered: 05/07/2025) |
| 05/07/2025 | 197 | MEMO ENDORSEMENT on 196 terminating 189 Letter Motion to Seal. ENDORSEMENT: The Clerk of Court is respectfully directed to unseal Dkt. No. 191-1 and to close Dkt. No. 189. (Signed by Judge Lewis J. Liman on 5/7/2025) (rro) (Entered: 05/08/2025) |
| 05/09/2025 | 198 | LETTER MOTION for Discovery addressed to Judge Lewis J. Liman from Kristin Tahler dated May 9, 2025. Document filed by Jonesworks LLC.Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(Tahler, Kristin) (Entered: 05/09/2025) |
| 05/09/2025 | 199 | LETTER MOTION for Discovery addressed to Judge Lewis J. Liman from Kristin Tahler dated May 9, 2025. Document filed by Jonesworks LLC. (Attachments: # 1 Exhibit A - Edgeworth Subpoena, # 2 Exhibit B - 2025.03.13 K. Tahler Letter, # 3 Exhibit C - 2025.03.31 K. Tahler Letter)Filed In Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(Tahler, Kristin) (Entered: 05/09/2025) |

| | | |
|---|---|---|
| 05/09/2025 | 200 | LETTER MOTION to Compel Wayfarer Studios LLC and Tera Hanks, Mitz Toskovic, Ahmed Musiol, Ashmi Elizabeth Dang, Shekinah Reese, Jariesse Blackmon, AJ Marbory, Dion Suleman, and Jennifer Benson to produce *relevant, non-privileged material in response to subpoenas*, addressed to Judge Lewis J. Liman from Esra A. Hudson dated May 9, 2025. Document filed by Blake Lively. (Attachments: # 1 Exhibit A - 2025.02.28 Subpoena - T. Hanks, # 2 Exhibit B - 2025.02.28 Subpoena - M. Toskovic, # 3 Exhibit C - 2025.02.28 Subpoena - A. Musiol, # 4 Exhibit D - 2025.03.04 Subpoena - Ashmi Dang, # 5 Exhibit E - 2025.03.04 Subpoena - Shekinah Reese, # 6 Exhibit F - 2025.02.28 Subpoena - Jariesse Blackmon, # 7 Exhibit G - 2025.03.04 Subpoena - AJ Marbory, # 8 Exhibit H - 2025.03.04 Subpoena - Dion Suleman, # 9 Exhibit I - 2025.03.04 Subpoena - Jen Benson, # 10 Exhibit J - Email re Lively v. Wayfarer Studios LLC et al., No. 1_24-cv-10049-LJL).(Hudson, Esra) (Entered: 05/09/2025) |
| 05/09/2025 | 201 | LETTER MOTION to Seal *Exhibits A-H* addressed to Judge Lewis J. Liman from Esra A. Hudson dated May 9, 2025. Document filed by Blake Lively..(Hudson, Esra) (Entered: 05/09/2025) |
| 05/09/2025 | 202 | ***SELECTED PARTIES*** LETTER MOTION to Compel addressed to Judge Lewis J. Liman from Esra A. Hudson dated May 9, 2025. Document filed by Blake Lively, Jennifer Abel, Agency Group PR LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, It Ends With Us Movie LLC, Jonesworks LLC, Melissa Nathan, Ryan Reynolds, Steve Sarowitz, Leslie Sloane, Street Relations, Inc., The New York Times Company, Vision PR, Inc., Jed Wallace, Wayfarer Studios LLC, Wayfarer Studios LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)Motion or Order to File Under Seal: 201 (Hudson, Esra) (Entered: 05/09/2025) |
| 05/09/2025 | 203 | LETTER MOTION to Compel Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, Steve Sarowitz, It Ends With Us Movie LLC, Melissa Nathan, The Agency Group PR LLC, and Jennifer Abel to produce documents in response to eight Requests for Production (the "Financial RFPs") addressed to Judge Lewis J. Liman from Esra A. Hudson dated May 9, 2025. Document filed by Blake Lively. (Attachments: # 1 Exhibit A - Placeholder, # 2 Exhibit B - Placeholder, # 3 Exhibit C - Placeholder, # 4 Exhibit D - Placeholder, # 5 Exhibit E - Placeholder, # 6 Exhibit F - Placeholder, # 7 Exhibit G - Placeholder, # 8 Exhibit H - Placeholder, # 9 Exhibit I - Meet and Confer Email Discussions_).(Hudson, Esra) (Entered: 05/09/2025) |
| 05/09/2025 | 204 | LETTER RESPONSE in Opposition to Motion addressed to Judge Lewis J. Liman from Mitchell Schuster dated May 9, 2025 re: (92 in 1:25-cv-00449-LJL, 198 in 1:24-cv-10049-LJL) LETTER MOTION for Discovery addressed to Judge Lewis J. Liman from Kristin Tahler dated May 9, 2025. . Document filed by Jennifer Abel, Agency Group PR LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie LLC, Melissa Nathan, Steve Sarowitz, Wayfarer Studios LLC. (Attachments: # 1 Exhibit A - Summons and Complaint, # 2 Exhibit B - Notice of Discontinuance)Filed in Associated Cases: 1:24-cv-10049-LJL, 1:25-cv-00449-LJL.(Schuster, Mitchell) (Entered: 05/09/2025) |