# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Wayfarer Studios LLC, et al., <br><br> vs. <br><br> Blake Lively, et al. <br><br> No. 1:24-cv-10049-LJL (S.D.N.Y.) | Case No. _____ |

## [PROPOSED] ORDER GRANTING MOTION OF VENABLE LLP TO QUASH SUBPOENA TO PRODUCE DOCUMENTS

Upon consideration of the Motion of Venable LLP to Quash the Subpoena to Produce Documents (the "Motion"), any Opposition, Reply, and oral argument, and good cause appearing, it is hereby,

**ORDERED** that the Motion is **GRANTED**.


Dated: _____, 2025

_____
United States District Judge