# EXHIBIT A

| | |
|---|---|
| **From:** | Jason Sunshine |
| **To:** | Connolly, Michaela; Roeser, Stephanie |
| **Cc:** | Gottlieb, Michael; Hudson, Esra; Governski, Meryl Conant; Nathan, Aaron E.; Bruno, Matthew; Climaco, Katelyn; Taustine, Melissa; Bryan Freedman; Miles Cooley; Cortni Davis; Theresa Troupson; Summer Benson; mitra@ahouraianlaw.com; Stacey Ashby; Amit Shertzer; Vaneta Birtha; Jose Perez |
| **Subject:** | Re: Lively v. Wayfarer Studios LLC et al., No. 1:24-cv-10049-LJL, No. 1:25-cv-00449-LJL - NOTICE OF INTENTION TO SERVE SUBPOENA |
| **Date:** | Friday, May 9, 2025 10:44:42 PM |
| **Attachments:** | image001.png |

**\*\*\* EXTERNAL EMAIL \*\*\***

Counsel:

The purpose of the subpoena is to require production of documents relevant to this case. We are always willing to meet and confer with opposing counsel, but it does not appear to us that your clients have standing to object to the subpoena, which is not directed to them. If there is a basis for believing otherwise, please provide it.

Thanks,
Jason

Jason H. Sunshine, Esq.
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California  90067
Tel: (310) 201-0005
Direct: (310) 201-4285
Cell: (917) 841-8716
Fax: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from ftllp.com to lftcllp.com. Emails sent from this domain are not spam.*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and, as such, is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

---

**From:** Connolly, Michaela <MConnolly@willkie.com>
**Sent:** Friday, May 9, 2025 8:15:25 AM
**To:** Jason Sunshine <jsunshine@lftcllp.com>; Roeser, Stephanie <SRoeser@manatt.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; Bruno, Matthew <MBruno@manatt.com>; Climaco, Katelyn <KClimaco@manatt.com>; Taustine, Melissa <MTaustine@willkie.com>; Bryan Freedman <bfreedman@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; mitra@ahouraianlaw.com <mitra@ahouraianlaw.com>; Stacey Ashby <sma@msf-law.com>; Amit Shertzer <as@msf-law.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Jose Perez <jperez@lftcllp.com>
**Subject:** RE: Lively v. Wayfarer Studios LLC et al., No. 1:24-cv-10049-LJL, No. 1:25-cv-00449-LJL - NOTICE OF INTENTION TO SERVE SUBPOENA

Jason,

The law firm you subpoenaed is not a party to this lawsuit and does not represent any parties or non-parties who have been served with discovery in this action, so far as we know.  So, as best we can tell, the only purpose of the subpoena is an improper attempt to obtain Ms. Lively's attorneys' communications with other lawyers, without any explanation as to why such information is relevant to any claim or defense in the case.  So far as we know, there is no precedent in this District for issuing such a subpoena.  As a party, we are entitled to know the purpose of subpoenas you propose to serve, including third party subpoenas.  Hence our questions.

As you surely know, under the federal rules, third party subpoenas must be limited to "nonprivileged matter that is *relevant* to any party's claim or defense and proportional to the needs of the case." Fed. R. Civ. P. 26(b)(1) (emphasis added). And "[t]he question of standing is beside the point where the objection to the subpoena is on relevance or proportionality[.]" *Reynolds v. City of Rochester*, No. 6:23-CV-06506 FPG CDH, 2025 WL 1108191, at *4 (W.D.N.Y. Apr. 15, 2025) (citations omitted).

We understand your statement that "we intend to work directly with Venable and its counsel" to mean that you do not intend to confer with *us* notwithstanding our attempt to do so. If that is not the case, let us know by close of business today, or we will proceed accordingly.

We reserve all rights.

Best,
Michaela


**Michaela Connolly**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8808 | Fax: +1 212 728 9808
mconnolly@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

---

**From:** Jason Sunshine <jsunshine@lftcllp.com>
**Sent:** Tuesday, May 6, 2025 12:12 PM
**To:** Roeser, Stephanie <SRoeser@manatt.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; Bruno, Matthew <MBruno@manatt.com>; Climaco, Katelyn <KClimaco@manatt.com>; Connolly, Michaela <MConnolly@willkie.com>; Taustine, Melissa <MTaustine@willkie.com>; Bryan Freedman <bfreedman@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; mitra@ahouraianlaw.com; Stacey Ashby <sma@msf-law.com>; Amit Shertzer <as@msf-law.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Jose Perez <jperez@lftcllp.com>
**Subject:** RE: Lively v. Wayfarer Studios LLC et al., No. 1:24-cv-10049-LJL, No. 1:25-cv-00449-LJL - NOTICE OF INTENTION TO SERVE SUBPOENA

**\*\*\* EXTERNAL EMAIL \*\*\***

Counsel:

As a threshold matter, who is "we"? Ms. Lively? If so, a back-and-forth about relevance would be pointless in light of the well-established principle that "[a] party lacks standing to challenge subpoenas issued to non-parties on the grounds of relevancy or undue burden." Universitas Educ., LLC v. Nova Group, Inc., No. 11 Civ. 1590, 2013 WL 57892, at *5 (S.D.N.Y. Jan. 4, 2013). We intend to work directly with Venable and its counsel.

Thanks,
Jason


Jason H. Sunshine, Esq.
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California  90067
Tel: (310) 201-0005

Direct: (310) 201-4285
Cell: (917) 841-8716
Fax: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from ftllp.com to lftcllp.com. Emails sent from this domain are not spam.*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and, as such, is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

---

**From:** Roeser, Stephanie <SRoeser@manatt.com>
**Sent:** Friday, May 2, 2025 2:36 PM
**To:** Jason Sunshine <jsunshine@lftcllp.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; Bruno, Matthew <MBruno@manatt.com>; Climaco, Katelyn <KClimaco@manatt.com>; Connolly, Michaela <MConnolly@willkie.com>; Taustine, Melissa <MTaustine@willkie.com>; Bryan Freedman <bfreedman@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; mitra@ahouraianlaw.com; Stacey Ashby <sma@msf-law.com>; Amit Shertzer <as@msf-law.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Jose Perez <jperez@lftcllp.com>
**Subject:** FW: Lively v. Wayfarer Studios LLC et al., No. 1:24-cv-10049-LJL, No. 1:25-cv-00449-LJL - NOTICE OF INTENTION TO SERVE SUBPOENA

Counsel,

We are in receipt of the subpoena to Venable that you noticed on Monday, April 28 ("Venable Subpoena"). We are evaluating whether we intend to object, and it would be useful to understand your position on the following two topics in order to make that determination. *First*, please explain how the information requested in the Venable Subpoena is potentially relevant to any of the parties' claims or defenses. *Second*, please provide all legal authority that supports subpoenaing a law firm—particularly one that does not represent any third party served with any discovery in connection with this matter—for communications with opposing counsel.

Thank you,
Stephanie

**Stephanie Roeser**
Partner

**Manatt, Phelps & Phillips,** LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
**D** (310) 312-4207 **F** (310) 914-5474
SRoeser@manatt.com

**manatt.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

---

**From:** Jason Sunshine <jsunshine@lftcllp.com>
**Sent:** Monday, April 28, 2025 1:14 PM
**To:** cbabcock@jw.com; jglover@jw.com; Sigrid McCawley <smccawley@bsfllp.com>; Lindsey Ruff <LRuff@bsfllp.com>; Andrew Villacastin <AVillacastin@bsfllp.com>; katebolger@dwt.com; samcategumpert@dwt.com; nicholasinns@quinnemanuel.com; maarenchoksi@quinnemanuel.com; kristintahler@quinnemanuel.com;

anthony@umklaw.com; Gottlieb, Michael <MGottlieb@willkie.com>; Hudson, Esra <EHudson@manatt.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Nathan, Aaron E. <ANathan@willkie.com>; Roeser, Stephanie <SRoeser@manatt.com>; Bruno, Matthew <MBruno@manatt.com>; Climaco, Katelyn <KClimaco@manatt.com>; Connolly, Michaela <MConnolly@willkie.com>; Taustine, Melissa <MTaustine@willkie.com>; matthew@umklaw.com
**Cc:** Bryan Freedman <bfreedman@lftcllp.com>; Miles Cooley <mcooley@lftcllp.com>; Cortni Davis <cdavis@lftcllp.com>; Theresa Troupson <ttroupson@lftcllp.com>; Summer Benson <sbenson@lftcllp.com>; mitra@ahouraianlaw.com; Local MS. Counsel <ms@msf-law.com>; Local KAF. Counsel <kaf@msf-law.com>; Stacey Ashby <sma@msf-law.com>; Amit Shertzer <as@msf-law.com>; Vaneta Birtha <vbirtha@lftcllp.com>; Jose Perez <jperez@lftcllp.com>
**Subject:** Lively v. Wayfarer Studios LLC et al., No. 1:24-cv-10049-LJL, No. 1:25-cv-00449-LJL - NOTICE OF INTENTION TO SERVE SUBPOENA

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

Counsel:

Please see the attached notices of subpoena.

Thanks,
Jason


Jason H. Sunshine, Esq.
LINER FREEDMAN TAITELMAN + COOLEY LLP
1801 Century Park West, 5th Floor
Los Angeles, California  90067
Tel: (310) 201-0005
Direct: (310) 201-4285
Cell: (917) 841-8716
Fax: (310) 201-0045
Web: www.lftcllp.com

*Please note that LFTC's domain name has changed from ftllp.com to lftcllp.com. Emails sent from this domain are not spam.*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and, as such, is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.