UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Venable LLP,<br><br>              Petitioner,<br><br>v.<br><br>Wayfarer Studios LLC, et al.,<br><br>              Respondents. | Case No. 1:25-mc-00060-RJL |

**[PROPOSED] ORDER GRANTING BLAKE LIVELY'S AND RYAN REYNOLDS'S MOTION TO INTERVENE AND MOTION TO QUASH
THE SUBPOENA ISSUED TO VENABLE LLP**

Upon consideration of Blake Lively's and Ryan Reynolds's Motion to Intervene and Motion To Quash The Subpoena Issued To Venable LLP, and the accompanying papers, IT IS HEREBY ORDERED that the Motion is GRANTED.

It is further ORDERED that the subpoena issued by Respondents to Petitioner Venable LLP is quashed.

It is so ORDERED this ____ day of May 2025.

 

_____
HON. RICHARD J. LEON
United States District Judge