IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Wayfarer Studios LLC, et al.,<br><br>    vs.<br><br>Blake Lively, et al.<br><br>No. 1:24-cv-10049-LJL (S.D.N.Y.) | Case No. 1:25-mc-00060 |

## VENABLE LLP NOTICE OF WITHDRAWAL OF MOTION TO QUASH SUBPOENA TO PRODUCE DOCUMENTS DUE TO WITHDRAWAL OF SUBPOENA

COMES NOW, Movant Venable LLP ("Venable"), and submits this Notice of Withdrawal of its Motion to Quash Subpoena to Produce Documents because the Venable Subpoena has been withdrawn by the issuing party. In support of this Notice, Venable states as follows:

1. On May 12, 2025, Venable filed a Motion to Quash Subpoena to Produce Documents ("Motion to Quash") issued by "Consolidated Plaintiffs Wayfarer Studios LLC, et al." ("Wayfarer"). *See* Dkt. 1.

2. On May 21, 2025, counsel for Wayfarer informed Venable, verbally and in writing, that Wayfarer was withdrawing the Venable Subpoena, effectively rendering the Motion to Quash moot.

3. Accordingly, because the Venable Subpoena has been withdrawn by Wayfarer, Venable withdraws without prejudice the Motion to Quash. Should Wayfarer serve a new subpoena on Venable in the future, Venable reserves all rights to renew its Motion to Quash (as applicable) and/or file a new motion to quash or for other relief in this Action.

WHEREFORE, because the Venable Subpoena has been withdrawn by Wayfarer, Venable hereby withdraws its Motion to Quash the now-moot Venable Subpoena.

Dated: May 22, 2025

Respectfully submitted,

**VENABLE LLP**

/s/ *J. Douglas Baldridge*
J. Douglas Baldridge (D.C. Bar No. 437678)
Katherine Wright Morrone (D.C. Bar No. 1029877)
600 Massachusetts Avenue NW
Washington, DC 20001
202-344-4000 Telephone
202-344-8300 Facsimile
jbaldridge@venable.com
kwmorrone@venable.com


G. Stewart Webb, Jr. (*pro hac vice forthcoming*)
750 E. Pratt Street, Suite 900
Baltimore. MD 21202
410-244-7400 Telephone
410-244-7742 Facsimile
gswebb@venable.com

**CERTIFICATE OF SERVICE**

      I hereby certify on this 22nd day of May, 2025, that the foregoing was served by electronic mail on counsel of record in the underlying S.D.N.Y. lawsuit below:

| | |
|---|---|
| Bryan J. Freedman | Mitchell Schuster |
| Summer Benson | Kevin A. Fritz |
| Theresa M. Troupson | Stacey Michelle Ashby |
| Jason Sunshine | Amit Shertzer |
| Liner Freedman Taitelman & Cooley, LLP | Meister Seelig & Fein LLP |
| 1801 Century Park West, 5th Floor | 125 Park Avenue, 7th Floor |
| Los Angeles, CA 90067 | New York, NY 10017 |
| (310) 201-0005 | (212) 655-3500 |
| bfreedman@lftcllp.com | ms@msf-law.com |
| sbenson@ftllp.com | kaf@msf-law.com |
| ttroupson@lftcllp.com | as@msf-law.com |
| jsunshine@lftcllp.com | sma@msf-law.com |

*Counsel for Consolidated Plaintiffs*

| | |
|---|---|
| Michael Gottlieb | Esra A. Hudson |
| Meryl Conant Governski | Matthew F. Bruno |
| Aaron E. Nathan | Stephanie Anne Roeser |
| Willkie Farr & Gallagher LLP | Manatt, Phelps & Phillips |
| 1875 K Street NW | 2049 Century Park East, Suite 1700 |
| Washington, DC 20006 | Los Angeles, CA 09967 |
| (202) 303-1442 | (310) 312-4381 |
| mgottlieb@willkie.com | ehudson@manatt.com |
| mgovernski@willkie.com | mbruno@manatt.com |
| anathan@willkie.com | sroeser@manatt.com |

*Counsel for Blake Lively & Ryan Reynolds*

| | |
|---|---|
| Katherine Mary Bolger | Sigrid S. McCawley |
| Sam Finn Cate-Gumpert | Andrew Villacastin |
| Davis Wright Tremaine LLP | Lindsey Ruff |
| 1251 Avenue of the Americas | Boies Schiller Flexner LLP |
| New York, NY 10020 | 55 Hudson Yards |
| (212) 489-4068 | New York, NY 10001 |
| katebolger@dwt.com | (212) 446-2300 |
| samcategumpert@dwt.com | smccawley@bsfllp.com |
| *Counsel for The New York Times Company* | avillacastin@bsfllp.com |
| | lruff@bsfllp.com |
| | *Counsel for Leslie Slone & Vision PR, Inc.* |

      /s/*J. Douglas Baldridge*
       J. Douglas Baldridge