UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Venable LLP,<br><br>    Petitioner,<br><br>v.<br><br>Wayfarer Studios LLC, et al,<br><br>    Respondent. | Case No. 1:25-mc-00060-RJL |

## NOTICE WITHDRAWING BLAKE LIVELY'S AND RYAN REYNOLDS'S MOTION TO INTERVENE AND QUASH VENABLE SUBPOENA

Blake Lively and Ryan Reynolds (the "Lively Parties"), by and through the undersigned counsel, respectfully notify the Court that they hereby withdraw their Motion to Intervene and Quash the Subpoena Issued to Venable LLP, dated May 13, 2025 (ECF No. 5; the "Motion"). Since the Lively Parties filed the Motion, the Wayfarer Parties[1] withdrew the subpoena to Venable LLP (the "Venable Subpoena"), and Venable LLP filed a notice withdrawing their motion to quash the Venable Subpoena, dated May 12, 2025.  (ECF No. 10.)  Thus, the Lively Parties' Motion is now moot.

The Lively Parties reserve the right to refile the Motion and/or seek other relief in the event the Wayfarer Parties seek to enforce or re-serve the Venable Subpoena, whether in full or in part.

---

[1] The Wayfarer Parties include Consolidated Plaintiffs Wayfarer Studios LLC, Justin Baldoni, Jamey Heath, It Ends With Us Movie, LLC, Steve Sarowitz, Melissa Nathan, and Jennifer Abel in the consolidated cases captioned *Lively v. Wayfarer Studios, et al.*, 1:24-cv-10049 (S.D.N.Y.) and *Wayfarer Studios LLC v. Lively, et al.*, 1:25-cv-004449 (S.D.N.Y.).

Dated: May 22, 2025

                                                                               Respectfully submitted,

                                                                               <u>/s/ Meryl C. Governski</u>
                                                                               Michael J. Gottlieb (974960)
                                                                               Meryl C. Governski (1023549)
                                                                               Kristin E. Bender (1630559)
                                                                               Willkie Farr & Gallagher LLP
                                                                               1875 K Street NW
                                                                               Washington, DC 20006
                                                                               (202) 303-1000
                                                                               mgottlieb@willkie.com
                                                                               kbender@willkie.com
                                                                               mgovernski@willkie.com

                                                                               Aaron E. Nathan (1047269)
                                                                               Willkie Farr & Gallagher LLP
                                                                               787 Seventh Avenue
                                                                               New York, NY 10019
                                                                               (212) 728-8904
                                                                               anathan@willkie.com

                                                                               *Counsel for Blake Lively and Ryan Reynolds*